UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15 CV 23616 DPG

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

$70,670.00 IN U.S. CURRENCY,
$101,629.59 IN U.S. CURRENCY SEIZED
FROM WELLS FARGO BANK CASHIER'S
CHECK NO. 6648201039, AND $30,000.00
IN U.S. CURRENCY SEIZED FROM CHASE
BANK CASHIER'S CHECK NO. 1178710368,

    Defendants *In Rem*.
_____/

## CLAIMANTS' NOTICE OF FILING VERIFIED CLAIMS

    PLEASE TAKE NOTICE that CLAIMANTS, KURVAS SECRET BY W, WILSON COLORADO, AND MILADIS SALGADO, hereby file the attached verified claims to any and all of the above referenced properties that were seized from within their home and an additional $42,000.00 (approximately) in currency that are unaccounted for.

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on November 3, 2015, the foregoing document was filed with the Clerk of Court and served on all counsel of record via CM/ECF.

    Berrio & Berrio, P.A.
    2333 Brickell Avenue, Suite A-1
    Miami, Florida 33129
    Telephone (305)358-0940
    Facsimile (305)359-9844
    Email: jdberrio@hotmail.com

    By:    *S/Juan D. Berrio*
            Fla. Bar No. 236070