UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 15-cv-23616-GAYLES/TURNOFF

UNITED STATES OF AMERICA,
    Plaintiff,

v.

$70,670.00 IN U.S. CURRENCY, et al.,
    Defendants.
                                    /

**ORDER AFFIRMING AND ADOPTING REPORT OF MAGISTRATE JUDGE**

**THIS CAUSE** comes before the Court on Magistrate Judge William C. Turnoff's Report and Recommendation [ECF No. 92] (the "Report"), entered on December 21, 2016. By Endorsed Order entered on September 21, 2016 [ECF No. 65], this Court referred to Judge Turnoff Plaintiff United States of America's Motion for Order Compelling Putative Claimants to Show Cause Why Their Claims Should Not Be Stricken [ECF No. 27] for a Report and Recommendation. Judge Turnoff's Report recommends that this Court deny Plaintiff's motion. Plaintiff timely filed objections to the Report [ECF No. 93], and Claimants responded to Plaintiff's objections [ECF No. 94].

A district court may accept, reject, or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). Those portions of the report and recommendation to which objection is made are accorded *de novo* review, if those objections "pinpoint the specific findings that the party disagrees with." *United States v. Schultz*, 565 F.3d 1353, 1360 (11th Cir. 2009); *see also* Fed. R. Civ. P. 72(b)(3). Any portions of the report and recommendation to which

*no* specific objection is made are reviewed only for clear error. *Liberty Am. Ins. Grp., Inc. v. WestPoint Underwriters, L.L.C.*, 199 F. Supp. 2d 1271, 1276 (M.D. Fla. 2001); *accord Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006).

This Court, having conducted a *de novo* review of the record, concludes that the Plaintiff's objections are without merit. The Court agrees with Judge Turnoff's well-reasoned analysis and finds that Claimants have established a colorable interest in the seized property sufficient to establish standing.

Accordingly, after careful consideration, it is **ORDERED AND ADJUDGED** as follows:

(1) Judge Turnoff's Report and Recommendation [ECF No. 92] is **AFFIRMED AND ADOPTED** and incorporated into this Order by reference; and

(2) Plaintiff United States of America's Motion for Order Compelling Putative Claimants to Show Cause Why Their Claims Should Not Be Stricken [ECF No. 27] is **DENIED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 23rd day of February, 2017.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE