# **<u>EXHIBIT A</u>**

## (COMPOSITE)

COPY

# OFFENSE-INCIDENT REPORT

## SWEETWATER POLICE DEPARTMENT

| Agency Code | 25 | Gang Related | N | | Juvenile in Report | N | Juvenile Warn/Dismiss | N | 1. Original / 2. Supplement | 1 |
|---|---|---|---|---|---|---|---|---|---|---|

Date of Supplement

Agency Report No: **1 5 0 4 0 7 0 5**

| Original Date Reported | MON | 0 4 | 2 0 | 2 0 1 5 | Time (mil) 1 1 3 1 | Time Dispatched (mil) 1131 | Time Arrived (mil) 1134 | Time Completed (mil) 1600 |
|---|---|---|---|---|---|---|---|---|

| Incident Type 1. Felony 2. Traffic Felony | 3. Misdemeanor 4. Traffic Misdemeanor | 5. Ordinance 6. Other | Incident: Day From MON | Date 04/20/2015 | Time (mil) | To Day MON | Date 04/20/2015 | Time (mil) |
|---|---|---|---|---|---|---|---|---|

| OFF/INC #1 | Type | Description SCHEME TO DEFRAUD | A-Attempted C-Committed | C | Statute Violation Number 8 1 7 |-| 0 3 4 | | NCIC/UCR Code |
|---|---|---|---|---|---|---|---|

OFF/INC #2

| Incident Location (Street, Apt. Number) 11231 NW 20 ST UNIT 131 | City SWEETWATER | Zip 33172 | District 2 , 5 | Grid | Area 2 | Zone |
|---|---|---|---|---|---|---|

| Business Name Identifier ANN CHERRY | Forced Entry 0. N/A 2. No 1. Yes | 2 | Occupancy 0. Uncoccupied 1. Occupied | 1 | 2. Unoccupied 3. Abandoned | 1 |
|---|---|---|---|---|---|---|

**Location Type**
01. Residence-Single   06. Gas Station   11. Specialty Store   16. Storage   21. Airport   26. Highway/Roadway   99. Other
02. Apartment/Condo   07. Liquor Sales   12. Drug Store/Hospital   17. Gov't/Public Bldg.   22. Bus/Rail Terminal   27. Park/Woodlands/Field
03. Residence-Other   08. Bar/Nightclub   13. Bank/Financial Inst.   18. School/University   23. Construction Site   28. Lake/Waterway
04. Hotel/Motel   09. Supermarket   14. Commercial/Office Bldg.   19. Jail/Prison   24. Other Structure   29. Motor Vehicle
05. Convenience Store   10. Dept/Discount Store   15. Industrial/Mfg.   20. Religious Bldg.   25. Parking Lot/Garage   30. Other Mobile

| | | | | | | 1 , 1 |
|---|---|---|---|---|---|---|

| #OFF/INC. 1 | # Victims 1 | # Offenders UNK | # Prem. Ent. 0 | 4 Veh. Stolen 0 | Type Weapon 00. N/A 01. Handgun | 02. Rifle 03. Shotgun 04. Firearm | 05. Knife/Cutter Instrument 06. Blast Object | 07. Hands/ Fist/ Feet 08. Poison 09. Explosive | 10. Fire/Incendiary 11. Threat/Intimidation 12. Simulated Weapon | 10. Drugs 88. Unknown 99. Other | 0 , 0 |
|---|---|---|---|---|---|---|---|---|---|---|---|

**Codes:**

| V/W Code V-Victim W-Witness C-Reporting Person | P- Proprietor Z-Other | Victim Type 0. N/A 1. Juvenile 2. L.E. Officer 3. Adult | 4. Business 5. Government 6. Church 9. Other | Race N-N/A W-White B-Black | I-American Indian O-Oriental/Asian U-Unknown | Sex N-N/A M-Male F-Female U-Unknown | Residence Type 0. N/A 1. city 2. County | 3. Florida 4. Out-of-State | Residence Status 0. N/A 1. Full Year 2. Part Year 3. Non-Resident | Extent of Injury 0. None 1. Minor 2. Serious 3. Fatal |
|---|---|---|---|---|---|---|---|---|---|---|

| Injury Type 00. N/A 01. Gunshot 02. Stabbed | 03. Laceration 04. Unconscious 05. Poss. Broken Bones 06. Poss. Internal Injury | 07. Loss of Teeth 08. Burns 09. Abrasions/Bruises 10. Other | Victim Relationship to Offender 00. N/A 01. Undetermined 02. Stranger | 06. Parent 03. Spouse 04. Ex-Spouse 05. Co-Habitant | 10. Step-Child 07. Brother/Sister 08. Child 09. Step-Parent | 14. Teacher 11. In-Law 12. Other Family 13. Student | 15. Child of Boy/Girl 16. Neighbor Friend 16. Boy/Girl Friend | 21. Employer 17. Friend 18. Neighbor 19. Sitter/Day Care 20. Employee | 22. Landlord/Tenant 23. Acquaintance 99. Other Known |
|---|---|---|---|---|---|---|---|---|---|

### Victim/Witness

| OFF/INC Indicator 1. #1 3. Both | 1 | V/W Code # V | 1 | V. Type 1 | Name (Last, First, Middle or Business) ANN CHERRY | Residence Phone |
|---|---|---|---|---|---|---|

| Address (Street, Apt. Number) 11231 NW 20 ST UNIT 131 | City SWEETWATER | State FLORIDA | Zip 33172 | Business Phone |
|---|---|---|---|---|

| Other Contact Info. (Time Available, Interpreter, etc.) ANYTIME AT ABOVE LISTED NUMBER | Synopsis of Involvement COMPANY WAS SCHEMED OF FRAUD |
|---|---|

| If V/W Code V, W or P | Race | Sex | Date of Birth or Age | Res. Type | Res. Status | Extent of Injury | Injury Type(s) | Relationship | Ethnicity | Will victim prefer charges? YES ☒ NO ☐ |
|---|---|---|---|---|---|---|---|---|---|---|

### SS

| OFF/INC Indicator 1. #1 3. Both 2. #2 | 1 | V/W Code # P | 1 | V. Type 3 | Name (Last, First, Middle or Business) RIVEROS, ANGELICA MARIA | Residence Phone (305) 599-9664 |
|---|---|---|---|---|---|---|

| | | | | MIAMI | State FLORIDA | Zip 33137 | Business Phone |
|---|---|---|---|---|---|---|---|

| Other Contact Info. (Time Available, Interpreter, etc.) ANYTIME AT ABOVE LISTED NUMBER | Synopsis of Involvement OWNER OF ANN CHERRY |
|---|---|

| If V1W Code V W or P | Race W | Sex F | Date of Birth or Age 0 4 0 1 1 9 8 0 | Res. Type 2 | Res. Status 0 2 | Extent of Injury | Injury Type(s) | Relationship 20 | Ethnicity H | Will victim prefer charges? YES ☒ NO ☐ |
|---|---|---|---|---|---|---|---|---|---|---|

### Suspect

| OFF/INC Indicator 1. #1 3. Both 2. #2 | 1 | Suspect Code S-Suspect E-Escapee A-Arrestee Z-Other | S | Code # 1 | Juvenile N | Name (Last, First, Middle) NARVAEZ-CAICEDO, TATIANA ALEJANDRA | |
|---|---|---|---|---|---|---|---|

| Maiden Name | Nickname/Street Name | Place of Birth COLOMBIA | Residence Phone (305) 342-9985 |
|---|---|---|---|

| Last Known Address (Street, Apt. Number) 8401 SW 107 AVE APT-201E | City MIAMI | State FL | Zip 33173 | Business Phone |
|---|---|---|---|---|

| Occupation RECEPTIONIST | Employer/School | Address | Social Security Number 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 |
|---|---|---|---|

| Driver's License State/Number | Immigration and Naturalization Number | Other I.D. Number | OBTS Number (Arrested) | FCI/NCIC |
|---|---|---|---|---|

| Clothing (Describe) BLUE/BLACK LONG DRESS | Scars/Marks/Tattoos (Location/Described) NONE VISIBLE | Hair Style |
|---|---|---|

| Race W | sex F | Date of Birth or Age 1 1 1 0 1 9 6 8 | Height 5 3 | Weight 113 | Eye Color BRO | Hair Color BLK | Hair Length SHT |
|---|---|---|---|---|---|---|---|

| Complexion LIGHT | Build THIN | Facial Hair | Teeth NOR | Speech/Voice | Special Identifiers |
|---|---|---|---|---|---|

### Narrative

ON THE ABOVE DATE AND TIME, I WAS DISPATCHED TO THE ABOVE INCIDENT LOCATION IN REFERENCE TO AN EMPLOYEE STEALING MONEY.

UPON MY ARRIVAL, I MET WITH P-1, MR. RIVEROS, WHO ADVISED ME THAT S-1, MS. NARVAEZ HAS BEEN STEALING MERCHANDISE FROM HER

COMPANY, ANN CHERRY, (V-1). MS. RIVEROS STATED THAT SHE WAS REVIEWING HER PURCHASE ORDERS FOR MERCHANDISE TO BE SHIPPED OUT

AND SHE NOTICED SOME DISCREPANCIES. WHEN MS. RIVEROS ASKED MS. NARVAEZ ABOUT THE DISCREPANCIES, MS. NARVAEZ ADMITTED TO

SENDING OUT MERCHANDISE WITHOUT RECEIVING ANY MONEY FROM THE BUYER.

### Administrative

| Person/Unit Notified DET. BRIOSO, DET. MEDINA | Time 1140 | Related Report Number(s) |
|---|---|---|

| Officer(s) Reporting X. HERNANDEZ | I.D. Number(s)/Locator Code 291-25 | Unit 113 | Agency Code 25 |
|---|---|---|---|

| Officer Reviewing (If Applicable) GN Marco DPS | I.D. Number | Routed To | Referred To | Assigned To | By | Date 4-20-15 |
|---|---|---|---|---|---|---|

| Case Status Open | Clearance Type 1. Arrest 2. Exceptional | 3. Unfounded 4. Open Pend. | 4 | A-Adult J-Juvenile | Date Cleared | Jail Number | Number Arrested 1 |
|---|---|---|---|---|---|---|---|

| Exception Type | 2. Arrest on Primary Offense-Secondary Offense # V/W Refused to... | 3. Death of Offender | 5. Prosecution Declined 6. Juvenile No Custody | OBTS Number | Page 1 1 | Page 2 |
|---|---|---|---|---|---|---|

**NARRATIVE CONTINUATION**

| Agency Code | Gang Related | | Juvenile in Report | 1. Original 2. Supplement | 1 |
|---|---|---|---|---|---|
| 25 | N | | N | | |

Date of Supplement

**SWEETWATER POLICE DEPARTMENT**

Agency Report Number: 1 5 0 4 0 5 0 7

| Original Date Reported | Original Primary Offense Description | Victim # 1 Name | Original NCIC/UCR Code |
|---|---|---|---|
| 4/20/15 | SCHEME TO DEFRAUD | ANN CHERRY | |

| Original Offense Location | Primary Offense Changed To | A-Attempted C-Committed | New Statute Violation Number | New NCIC/UCR Code |
|---|---|---|---|---|
| [123] NW 20 ST UNIT 131 | | | | |

MS. RIVEROS ADVISED ME THAT SHE ALSO HAS MS. NARVAEZ RECORDED ON CCTV, ALLOWING ANOTHER CUSTOMER, Z-1, MR. COLORADO, TO PICK UP MERCHANDISE WITHOUT PAYMENT IN EXCESS OF $25,000.00. MS. RIVEROS ADVISED ME THAT SINCE THE BEGINNING OF APRIL 2015, MS. NARVAEZ ALLOWED MR. COLORADO TO PICK UP MERCHANDISE WITH OUT PAYMENT VALUED IN EXCESS OF $100,000.00, IN TOTAL OF $125,000.00. MS. RIVEROS STATES THAT MS. NARVAEZ ADMITTED TO STEALING THE MONIES FROM ANN CHERRY.

AT 1140 HOURS DETECTIVE BRIOSO AND DETECTIVE MEDINA WERE NOTIFIED. THEY ARRIVED ON SCENE AT 1150 HOURS AND TOOK OVER THE INVESTIGATION.

SWORN STATEMENTS WERE TAKEN FROM:

S-1 TATIANA NARVAEZ

Z-1 WILSON COLORADO

| Suspect Code S - Suspect A - Arrestee | Code # | Offense Indicator 1 #1 3 Both 2 #2 | Residence Type 1 city   3 Florida 2 County 4 Out of State | Citizenship | Drug Indication 1 Yes B Unknown 2 No | Alcohol Indication 1 Yes B Unknown 2 No |
|---|---|---|---|---|---|---|
| Drug Activity S. Sell N. N/A   B. Buy P. Possess   T. Traffic | R. Smuggle D. Deliver E. Use | K. Dispense/ Distribute | M. Manufactured Produce/ Cultivate | Z. Other | Drug Type N. N/A A. Amphetamine | B. Barbiturate C. Cocaine E. Heroin | H. Hallucinogen M. Marijuana O. Opium/Dir. | P. Paraphernalia/ Equipment S. Synthetic | U. Unknown Z. Other |

1. Parent
2. Legal Custodian
3. Other

Name of Parent or Custodian (Last, First, Middle)          Residence Phone

Address (Street Apt, Number)          (City)          (State)          (zip)          Business Phone

Notified By: (Name)          Date          Time          Juvenile Disposition
1. Handled Processed Within Dept. and Released
2. Turned Over to HRS/ CYF
3. Incarcerated (County Jail)

Released to: (Name)          Relationship          Date          Time

| Person/Unit Notified | Time | Related Report Number(s) |
|---|---|---|
| DET. BRIOSO, DET. MEDINA | 1140 | |

| Officer(s) Reporting | ID. Number (s)/ Locator Code | Unit | Date |
|---|---|---|---|
| X. HERNANDEZ | 291-25 | 113 | 4/20/2015 |

Officer Reviewing (if Applicable): G. ALVAREZ          ID. Number          Routed To          Referred To          Assigned To          By          Date 4-20-15

Case Status: Open

Clearance Type
1. Arrest
2. Exceptional
3. Unfounded
4. Open Pend.

A-Adult
J-Juvenile

Date Cleared          Jail Number          Number Arrested

Exception Type          2. Arrest on Primary          3. Death of Offender          5. Prosecution Declined          CBTS Number          Page          Page

# PERSON(S) REPORT

## SWEETWATER POLICE DEPARTMENT

| | | |
|---|---|---|
| Agency Code | 25 | |
| Date of Supplement | | |

**Agency Report Number:** 1 5 0 4 0 5 0 7

| | | | | | | | Juvenile In Report | N | 1. Original  2. Supplement | 1 |
|---|---|---|---|---|---|---|---|---|---|---|

**Original Date Reported:** 0 4 2 0 2 0 1 5

**Primary Offense Description:** SCHEME TO DEFRAUD

**Victim #1 Name:** ANN CHERRY

| V/W Code: V-Victim, W-Witness, Z-Other | P-Proprietor | Victim Type 0. N/A 1. Juvenile 2. L.E. Office, 3. Adult | 4. Business 5. Government 6. Church | Race 0. N/A W-White B-Black U-Unknown | American Indian D-Oriental / Asian | Sex K-N/A M-Male F-Female U-Unknown | Residence Type 0. N/A 1. City 2. County | 3. Florida 4. Out-of-State | Residence Status 0. N/A 1. Full Year 2. Part Year 3. Non-Resident | Extent of Injury 0. None 1. Minor 2. Serious 3. Fatal |

| Injury Type 03. Laceration | 07. Loss of Teeth | Victim Relationship To Offender | 06. Parent | 10. Step-Child | 14. Teacher | 17. Friend | 21. Employer |
|---|---|---|---|---|---|---|---|
| 00. N/A  04. Unconscious | 08. Burns | 00. N/A  03. Spouse | 07. Brother/Sister | 11. In-Law | 15. Child of Boy/ Girl | 18. Neighbor | 22. Landlord/Tenant |
| 01. Gunshot 05. Poss. Broken Bones | 09. Abrasions/ Bruises | 01. Undetermined  04. Ex-Spouse | 08. Child | 12. Other Family | Friend | 19. Sitter/Day Care | 23. Acquaintance |
| 02. Stabbed 06. Poss. Internal Injury 99. Other | | 02. Stranger | 05. Co-Habitant | 09. Step-Parent | 13. Student | 16. Boy/Girl Friend | 20. Employee | 24. Other Known |

| OFFRNC Indicator 1. #1 3. Both 2. #2 | V/W Code # | V. Type | Name (Last, First, Middle or Business) | | | | Residence Phone |
|---|---|---|---|---|---|---|---|
| | 1 | Z | 1 | 3 | COLORADO, WILSON | | |

| Address (Street, Apt. Number) | | City | State | Zip | Business Phone |
|---|---|---|---|---|---|
| 16237 SW 97 TER | | MIAMI | FLORIDA | 33196 | |

| Other Contact Info. (Time Available, interpreter, etc.) | Synopsis of Involvement |
|---|---|
| ANY TIME AT ABOVE LISTED NUMBER | CUSTOMER PICKING UP MERCHANDISE |

| If Victim Type 1, 2 or 3 | Race W | Sex M | Date of Birth or Age 1 1 1 0 1 1 9 6 5 | Res. Type 01 | Res. Status | Extent of Injury 00 | Injury Type(s) 00 | Relationship 00 | Ethnicity H | Will victim prefer charges? YES ☐ No ☐ |
|---|---|---|---|---|---|---|---|---|---|---|

| OFFRNC Indicator 1. #1 3. Both 2. #2 | V/W Code # | V. Type | Name (Last, First, Middle or Business) | | | | Residence Phone ( ) |
|---|---|---|---|---|---|---|---|

| Address (Street, Apt. Number) | | City | State | Zip | Business Phone ( ) |
|---|---|---|---|---|---|

| Other Context Info. (Time Available, interpreter, etc.) | Synopsis of Involvement |
|---|---|

| If Victim Type 1, 2 or 3 | Race | Sex | Date of Birth or Age | Res. Type | Res. Status | Extent of Injury | Injury Type(s) | Relationship | Ethnicity | Will victim prefer charges? YES ☐ No ☐ |
|---|---|---|---|---|---|---|---|---|---|---|

| OFFRNC Indicator 1. #1 3. Both 2. #2 | Code S-Suspect A-Arrestee | E-Escapee R-Recovered Z-Other M-Missing Missing | Code # | Juvenile | Name (Last, First, Middle) |
|---|---|---|---|---|---|

| Maiden Name | Nickname/ Street Name | Place of Birth | Residence Phone ( ) |
|---|---|---|---|

| Last Known Address (Street, Apt. Number) | | City | State | Zip | Business Phone ( ) |
|---|---|---|---|---|---|

| Occupation | Employer / School | Address | Social Security Number |
|---|---|---|---|

| Driver's License State/ Number | Immigration and Naturalization Number | Other ID. Number | OBTS Number (Arrested) | FDIC/NCIC |
|---|---|---|---|---|

| Clothing (Describe) | Scars / Marks / Tattoos (Location / Describe) | Hair Style |
|---|---|---|

| Race | Sex | Date of Birth or Age | Height | Weight | Eye Color | Hair Color | Hair Length |
|---|---|---|---|---|---|---|---|

| Complexion | Build | Facial Hair | Teeth | Speech / Voice | Special Identifiers |
|---|---|---|---|---|---|

| OFFRNC Indicator 1. #1 3. Both 2. #2 | Code S-Suspect A-Arrestee | E-Escapee R-Recovered Z-Other M-Missing Missing | Code # | Juvenile | Name (Last, First, Middle) |
|---|---|---|---|---|---|

| Maiden Name | Nickname/ Street Name | Place of Birth | Residence Phone ( ) |
|---|---|---|---|

| Last Known Address (Street, Apt. Number) | | City | State | Zip | Business Phone ( ) |
|---|---|---|---|---|---|

| Occupation | Employer/School | Address | Social Security Number |
|---|---|---|---|

| Driver's License State/ Number | Immigration and Naturalization Number | Other ID. Number | OBTS Number (Arrested) | FDIC / NCIC |
|---|---|---|---|---|

| Clothing (Describe) | Scars / Marks / Tattoos (Location / Describe) | Hair Style |
|---|---|---|

| Race | Sex | Date of Birth or Age | Height | Weight | Eye Color | Hair Color | Hair Length |
|---|---|---|---|---|---|---|---|

| Complexion | Build | Facial Hair | Teeth | Speech / Voice | Special Identifiers |
|---|---|---|---|---|---|

| Incident Type 1. Runaway  6. Disaster 2. Parental  Victim 3. Involuntary  7. Voluntary 4. Disabled  Adult 5. Endangered  8. Unknown | FOUL Play Suspected? 1. Yes 2. No | Missing Before? 1. Yes 2. No 8. Unknown | Fingerprints Available? 1. Yes 2. No 8. Unknown | Photo Available? 1. Yes 2. No 8. Unknown | Dental Record Available? 1. Yes 2. No 8. Unknown | NCIC Form Provided? 1. Yes 2. No |
|---|---|---|---|---|---|---|

| Date Last Seen | Time Last Seen | Location Last Seen (Address, City, St.) | Accompanied By |
|---|---|---|---|

| Mental/ Physical Condition | Medication Required/ Type | Doctor/Dentist (Name, Phone Number) |
|---|---|---|

| Property Carried | ID Type/ Number | ID Type/ Number |
|---|---|---|

| Probable Destination | Name/Address | Transportation Mode |
|---|---|---|

| Recovery Information 0. N/A 1. Voluntary | 2. Located - Not Returned | 3. Hospitalized 4. HPS Custody | 5. Law Enforcement Custody | 7. Deceased 8. Other |
|---|---|---|---|---|

| Officer(s) Reporting | ID. Number (s)/Locator Code | Unit | Date |
|---|---|---|---|
| X. HERNANDEZ | 291-25 | 113 | 4/20/15 |

| Officer Reviewing (If Applicable) | ID. Number | Routed To | Referred To | Assigned To | By | Date |
|---|---|---|---|---|---|---|
| G. ALVAREZ | 85 | | | | | 4-20-15 |

| | Page 3 | Page 33196 |
|---|---|---|

# COMPLAINT/ARREST AFFIDAVIT

POLICE CASE NO. 150/0705

**DEFENDANT'S NAME (LAST, FIRST, MIDDLE):** NARVAEZ, TAITANA ALEJANDRA

DOB: 11/10/1968   AGE: 46   RACE: W   SEX: F   NATIONALITY: COLOMBIAN   HEIGHT: 53   WEIGHT: 113   HAIR COLOR: BLK   HAIR LENGTH: MED   EYES: BRO   PLACE OF BIRTH: COLOMBIA

SCARS, TATTOOS: NONE VISIBLE

LOCAL ADDRESS: 8401 SW 107 AVE #201E   CITY: MIAMI, FL 33173   PHONE: (305)342-9981   CITIZENSHIP: COLOMBIAN

OCCUPATION: RECEPTIONIST

ARREST DATE: 04/20/2015   TIME: 1546   ARREST LOCATION: 11231 N.W. 20 ST #131 (ANDCHERY FAJAS USA)

**CHARGES:** Salling To Defraud   COUNTS: 1   FL STATUTE NUMBER: 817.034

On 20 - April - 15, 1506 hours, 11231 N.W. 20 ST #131

DEF WHILE WORKING FOR ANDCHERY FAJAS USA INC.
BEGAN TO SELL MERCHANDISE TO MULTIPLE COMPANY-
CUSTOMERS WITHOUT BILLING THE CUSTOMER AND TAKING
PAYMENT FROM THE CUSTOMER FOR MERCHANDISE TAKEN
DEF STARTED TO USE A COMPANY BY THE NAME OF
ESCORTORA CORP TO DEPRIVE HER EMPLOYER FROM THE
MONIES OWED. DEF WOULD ACT AS A CUSTOMER   PAGE 1 of 2

OFFICER/COMPLAINANT SIGNATURE: R. BRITTO   BADGE/ID: 0116 (35)

WITNESSED BY: SWEETWELL

SWORN TO AND SUBSCRIBED BEFORE ME, THIS 20 DAY APRIL 2015

1

**COMPLAINT/ARREST AFFIDAVIT**
**CONTINUATION**

POLICE CASE NO. 15640705

AGENCY CODE: 21

DEFENDANT'S NAME (LAST, FIRST, MIDDLE): NARVAEZ, TAITANA ALEJANDRA

DOB (MM/DD/YYYY): 11/10/1968

MAKE PAYMENT TO ESCOTORA CORP IN ORDER TO EARN $ MONIES FROM A PAYING CUSTOMER. DEF ANGELA KUBRAS SECRET W. INC. TO REMOVE OVER $ 210,000.00 DOLLAR IN MARCHANDISE FROM HER EMPLOYER ANDSHARI FAJAS USA INC. THESE TRANSACTION TOOK PLACE ON THE WEEKLY BASIS OVER THE LAST (2) MONTHS. DEF ASLO GAVE OUT MERCHANDISE TO BEATY CORRECT 100, WITH A VALUE OF OVER $ 20,000.00 DOLLARS. DEF SAID, SHE HAD CIRCUMVENTED WORK POLICY IN ORDER TO LET CUSTOMERS PICK UP MERCHANDISE WITHOUT MAKING PAYMENT FOR IT. DEF KEPT STORE CASH + MONEY ORDERS HIDDEN FROM HER EMPLOYER AND WERE DISCOVERED ON 4-19-2015 BY HER EMPLOYER. THE EMPLOYER DID NOT AUTHORIZE OR HAVE KNOWLEDGE OF WHAT WAS TAKING PLACE. DEF WAS ADVISED OF CHARGES AND TRANSPORTED TO TGK VIA SPD.

* NOTE DEF WAS FIRST TRANSPORTED TO SDD FOR BOOKING THEN TAKEN TO TGK VIA SPD.

PG 2 OF 2

# **<u>EXHIBIT B</u>**

## (COMPOSITE)

KURVAS SECRET BY W. INC.
16237 SW 97TH TER.
MIAMI, FL 33196-5946

193

63-8413  41738
2670

DATE 04 | 20 | 15

PAY TO THE
ORDER OF  Ann Chery Fajas USA Inc.          | $ 86,786.73

— eighty six thousand seven hundred eighty six ——— 73/100 DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com

Wilson Colorato

MEMO Pago fajas.

⑆267084131⑆  687096938⑆ 0193

wilsoncell10@Gmail.com  7867171540

KURVAS SECRET BY W. INC.
16237 SW 97TH TER.
MIAMI, FL 33196-5946

194

63-8413  41736
2670

DATE 4 - 20 - 15

PAY TO THE
ORDER OF  Ann Chery Fajas USA Inc.          | $ 26,220

— twenty -six two hundred twenty ——— /100 DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com

Wilson Colorado

MEMO Pago fajas.

⑆267084131⑆  687096938⑆ 0194

KURVAS SECRET BY W. INC.
16237 SW 97TH TER.
MIAMI, FL 33196-5946

192

63-8415  41735
2670

DATE 4 - 19 - 15

PAY TO THE
ORDER OF  Ann Chery Fajas USA Inc.          | $ 25,198

— twenty - five thousand one hundred ninty eight 00/100 DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com

Wilson Colorado

MEMO Pago fajas.

⑆267084131⑆  687096938⑆ 0192

C 463 - 80 - 65 - 410 - 2                                          195

**KURVAS SECRET BY W. INC.**
18237 SW 97TH TER.
MIAMI, FL 33196-5946

63-5413
2670    41735

DATE   4 - 20 - 15

PAY TO THE
ORDER OF   Ann Chery Fajas USA Inc.   $ 83,554

Eighty three thousand Five hundred fifty four 00/100   DOLLARS

**CHASE** ⬡
JPMorgan Chase Bank, N.A.
www.Chase.com

MEMO   Dago Forjds.              Wilson Colorado

⑆267084131⑆   687096938⑈0195

# EXHIBIT C



SALAZAR JACKSON
ATTORNEYS AT LAW

Luis Salazar, Esq.
Salazar@SalazarJackson.com
(305) 374-4802

April 24, 2015

**VIA HAND-DELIVERY (PROCESS SERVER), REGULAR
U.S. MAIL, AND CERTIFIED MAIL, RETURN RECEIPT REQUESTED**

Mr. Wilson Colorado
16237 SW 97th Terrace
Miami, FL 33196

RE:   CLAIMS ARISING FROM THEFT OF CONFIDENTIAL INFORMATION
         AND MERCHANDISE AND PROPERTY OF ANNCHERY FAJAS USA, INC.

Dear Mr. Colorado:

This law firm represents AnnChery Fajas USA, Inc. in connection with its claims against you, arising from your involvement in the scheme to defraud AnnChery of payment for certain merchandise and to otherwise remove property of AnnChery without remitting payment and/or obtaining authorization to do so

Through your relationship with Tatiana Alejandra Narvaez-Caicedo, an employee and agent of AnnChery, you had access to its operating systems, which contains critical confidential information including, without limitation, AnnChery's customer lists, personnel files, financial reporting, books and records, and other corporate information and documents.

Armed with the foregoing information, you intentionally, purposefully, and knowingly engaged in conduct or caused others to engage in conduct with the intent to defraud AnnChery and to deprive it of certain business opportunities and relationships.  Specifically, you engaged in or caused others to engage in the following conduct:

- Contact and/or communications with customers and employees;
- Access and/or release of customer lists and contact information to third parties who were not authorized to obtain or gain access to such information;
- Theft of confidential business information and trade secrets;
- Conspiracy to divert and diversion of business opportunities to Kurvas Secret By W, Inc., an entity owned by you;
- Conspiracy to divert and diversion of sales and merchandise to you or Kurvas Secret By W; and

April 24, 2015
Page 2 of 3

- Conspiracy to cause and/or intentionally causing system errors by creating fake accounts and/or deleting accounts and files from AnnChery's operating and/or computer systems to conceal your conduct.

**DEMAND IS HEREBY MADE** that you IMMEDIATELY refrain from contacting any customers or employees of AnnChery, and refrain from engaging in any and all conduct that could impact AnnChery's business operations. And that you IMMEDIATELY (i) turnover all books and records of AnnChery; (ii) turnover all computers containing any information or files related to AnnChery including, without limitation, any computers in your possession or control; (iii) turnover all merchandise of and property taken from AnnChery without its authorization. PLEASE BE ADVISED that AnnChery intends to IMMEDIATELY file suit to seek relief from the Court with respect to the foregoing and any other relief to which it may be entitled, if such merchandise and property is not turned over and delivered to our office within **24 hours** of the date of this Letter.

Further, you intentionally, purposefully, and knowingly caused merchandise to be shipped or otherwise removed from the premises of AnnChery *without remitting payment*, causing AnnChery to suffer losses of at least $250,000.00 or such other amounts as AnnChery may further demand as its investigation progresses.

Indeed, you knowingly obtained and removed the merchandise from AnnChery *without remitting payment* with the felonious intent to, either temporarily or permanently, deprive AnnChery of the right to such merchandise or monies and to appropriate such merchandise for your own use or the use of other third parties who were not entitled to such merchandise. Such conduct and any conduct or acts designed to deprive a person of its right to or a benefit from the property constitute civil theft in violation of Section 812.014 of the Florida Statutes. Any violation of Section 812.014 may be remedied under the civil remedy for theft or exploitation statute, Section 772.11 of the Florida Statutes.

Pursuant to Section 772.11, AnnChery may assert a claim against you for threefold the actual damages sustained as a result of its losses suffered, plus reasonable attorney's fees and costs. Such that AnnChery may make a claim against you for seven hundred fifty thousand and 00/100 dollars (**$750,000.00**), which represents triple the amount of damages sustained by AnnChery.

**DEMAND IS HEREBY MADE** that you pay the sum of **$750,000.00** as set forth herein within **thirty (30) days** from the date of receipt of this Letter. If you comply with this demand, you shall be given a written release from further civil liability for the damages suffered by AnnChery as a result of your conduct. Otherwise, AnnChery will pursue all legal actions and remedies available under applicable law to recover any damages suffered, plus reasonable attorney's fees and costs.



April 24, 2015
Page 3 of 3

    This Letter is not intended to and shall not waive, release, or prejudice any claims or actions or breaches of your duties existing under Florida law, which may not be specifically stated herein, or the right of AnnChery to pursue, without further notice or demand, any right or remedy available to it under applicable law.

**PLEASE BE GOVERNED ACCORDINGLY.**

Very truly yours,

Luis Salazar

LS/csa



SALAZAR JACKSON

2000 PONCE DE LEON BLVD. PENTHOUSE SUITE CORAL GABLES, FLORIDA 33134  TELEPHONE  305.374.4505  FACSIMILE  305.397.1021

# EXHIBIT D

## (COMPOSITE)



Wells Fargo Business Online®

## Account Activity

**WAY2SAVE® SAVINGS XXXXXX7465**

### Activity Summary

| | |
|---|---|
| Current Posted Balance | $0.00 |
| Pending Withdrawals/ Debits | $0.00 |
| Pending Deposits/ Credits | $0.00 |
| **Available Balance** | **$0.00** |

### Transactions

Show: for Date Range **02/02/15** to **05/17/15**

| Date ↓ | Description | Deposits / Credits | Withdrawals / Debits |
|---|---|---|---|
| **Pending Transactions** | | | |
| No pending transactions meet your criteria above. | | | |
| **Posted Transactions** | | | |
| 05/13/15 | SAVE AS YOU GO TRANSFER CREDIT FROM XXXXXXXXXXX7723 | $1.00 | |
| 05/12/15 | INTEREST PAYMENT | $0.01 | |
| 05/12/15 | OVERDRAFT PROTECTION XFER TO CHECKING | | $186.63 |
| 04/30/15 | INTEREST PAYMENT | $1.92 | |
| 04/29/15 | eDeposit in Branch/Store 04/29/15 05:30:37 PM 16301 SW 88TH ST MIAMI FL 2027 | $688.90 | |
| 04/27/15 | PURCHASE BANK CHECK OR DRAFT | | $25,568.92 |
| 04/16/15 | DEPOSIT MADE IN A BRANCH/STORE #814179432 | $2,000.00 | |
| 04/16/15 | INTEREST PAYMENT | $0.08 | |
| 04/16/15 | SAVE AS YOU GO TRANSFER CREDIT FROM XXXXXXXXXXX7723 | $1.00 | |
| 04/14/15 | eDeposit in Branch/Store 04/14/15 02:22:20 PM 13700 N KENDALL DR MIAMI FL 2027 | $1,700.00 | |
| 04/14/15 | SAVE AS YOU GO TRANSFER CREDIT FROM XXXXXXXXXXX7723 | $1.00 | |
| 04/13/15 | eDeposit in Branch/Store 04/13/15 09:25:35 AM 16301 SW 88TH ST MIAMI FL 2027 | $1,474.81 | |
| 04/07/15 | eDeposit in Branch/Store 04/07/15 10:25:36 AM 16301 SW 88TH ST MIAMI FL 2027 | $200.00 | |
| 04/06/15 | eDeposit in Branch/Store 04/04/15 12:38:07 PM 16301 SW 88TH ST MIAMI FL 2027 | $3,000.00 | |
| 04/02/15 | SAVE AS YOU GO TRANSFER CREDIT FROM XXXXXXXXXXX7723 | $3.00 | |
| 03/31/15 | INTEREST PAYMENT | $0.03 | |
| 03/31/15 | eDeposit in Branch/Store 03/31/15 09:16:29 AM 16301 SW 88TH ST MIAMI FL 2027 | $3,300.00 | |
| 03/30/15 | eDeposit in Branch/Store 03/28/15 11:50:01 AM 16301 SW 88TH ST MIAMI FL 7465 | $4,300.00 | |
| 03/30/15 | SAVE AS YOU GO TRANSFER CREDIT FROM XXXXXXXXXXX7723 | $2.00 | |
| 03/24/15 | eDeposit in Branch/Store 03/24/15 10:58:55 AM 13700 N KENDALL DR MIAMI FL 2027 | $9,000.00 | |
| 03/24/15 | SAVE AS YOU GO TRANSFER CREDIT FROM XXXXXXXXXXX7723 | $5.00 | |
| 03/23/15 | SAVE AS YOU GO TRANSFER CREDIT FROM XXXXXXXXXXX7723 | $4.00 | |
| 03/20/15 | SAVE AS YOU GO TRANSFER CREDIT FROM XXXXXXXXXXX7723 | $3.00 | |
| 03/18/15 | SAVE AS YOU GO TRANSFER CREDIT FROM XXXXXXXXXXX7723 | $1.00 | |
| 03/17/15 | SAVE AS YOU GO TRANSFER CREDIT FROM XXXXXXXXXXX7723 | $7.00 | |
| 03/13/15 | SAVE AS YOU GO TRANSFER CREDIT FROM XXXXXXXXXXX7723 | $3.00 | |
| 03/12/15 | SAVE AS YOU GO TRANSFER CREDIT FROM XXXXXXXXXXX7723 | $1.00 | |
| 03/10/15 | SAVE AS YOU GO TRANSFER CREDIT FROM XXXXXXXXXXX7723 | $7.00 | |
| 03/09/15 | SAVE AS YOU GO TRANSFER CREDIT FROM XXXXXXXXXXX7723 | $2.00 | |
| 03/06/15 | SAVE AS YOU GO TRANSFER CREDIT FROM XXXXXXXXXXX7723 | $2.00 | |
| 03/04/15 | SAVE AS YOU GO TRANSFER CREDIT FROM XXXXXXXXXXX7723 | $1.00 | |

Wells Fargo Account Activity

| 03/03/15 | SAVE AS YOU GO TRANSFER CREDIT FROM XXXXXXXXXXX7723 | $7.00 | |
| 03/02/15 | SAVE AS YOU GO TRANSFER CREDIT FROM XXXXXXXXXXX7723 | $1.00 | |
| 02/27/15 | SAVE AS YOU GO TRANSFER CREDIT FROM XXXXXXXXXXX7723 | $1.00 | |
| 02/26/15 | SAVE AS YOU GO TRANSFER CREDIT FROM XXXXXXXXXXX7723 | $1.00 | |
| 02/24/15 | SAVE AS YOU GO TRANSFER CREDIT FROM XXXXXXXXXXX7723 | $3.00 | |
| 02/20/15 | SAVE AS YOU GO TRANSFER CREDIT FROM XXXXXXXXXXX7723 | $3.00 | |
| 02/18/15 | SAVE AS YOU GO TRANSFER CREDIT FROM XXXXXXXXXXX7723 | $2.00 | |
| 02/17/15 | ATM CASH DEPOSIT ON 02/17 13700 N KENDALL DR MIAMI FL 0008075 ATM ID 6430B CARD 2027 | $50.00 | |
| 02/17/15 | ATM CASH DEPOSIT ON 02/17 13700 N KENDALL DR MIAMI FL 0008073 ATM ID 6430B CARD 2027 | $350.00 | |
| 02/17/15 | ATM CASH DEPOSIT ON 02/17 13700 N KENDALL DR MIAMI FL 0008072 ATM ID 6430B CARD 2027 | $70.00 | |
| 02/13/15 | SAVE AS YOU GO TRANSFER CREDIT FROM XXXXXXXXXXX7723 | $1.00 | |
| 02/12/15 | SAVE AS YOU GO TRANSFER CREDIT FROM XXXXXXXXXXX7723 | $1.00 | |
| 02/11/15 | SAVE AS YOU GO TRANSFER CREDIT FROM XXXXXXXXXXX7723 | $1.00 | |
| 02/10/15 | SAVE AS YOU GO TRANSFER CREDIT FROM XXXXXXXXXXX7723 | $3.00 | |
| 02/09/15 | SAVE AS YOU GO TRANSFER CREDIT FROM XXXXXXXXXXX7723 | $2.00 | |
| 02/03/15 | SAVE AS YOU GO TRANSFER CREDIT FROM XXXXXXXXXXX7723 | $5.00 | |
| 02/02/15 | SAVE AS YOU GO TRANSFER CREDIT FROM XXXXXXXXXXX7723 | $2.00 | |
| **Totals** | | **$26,212.75** | **$25,755.55** |

Deposit products offered by Wells Fargo Bank, N.A. Member FDIC. Wells Fargo Bank, N.A. is a banking affiliate of Wells Fargo & Company.

🏠 **Equal Housing Lender**

© 1995 – 2016 Wells Fargo. All rights reserved.

Wells Fargo Account Activity

 Wells Fargo Business Online®

## Account Activity

**EVERYDAY CHECKING XXXXXX7723**

### Activity Summary

| | |
|---|---|
| Current Posted Balance | $2.29 |
| Pending Withdrawals/ Debits | $0.00 |
| Pending Deposits/ Credits | $0.00 |
| Available Balance | $2.29 |

### Transactions

Show: for Date Range 02/02/15 to 05/31/15

| Date ↓ | Description | Deposits / Credits | Withdrawals / Debits |
|---|---|---|---|
| Pending Transactions | Note: Debit card transaction amounts may change | | |
| No pending transactions meet your criteria above. | | | |
| Posted Transactions | | | |
| 05/29/15 | ATM WITHDRAWAL AUTHORIZED ON 05/29 16301 SW 88TH STREET MIAMI FL 0002904 ATM ID 9829G CARD 2027 | | $300.00 |
| 05/29/15 | eDeposit in Branch/Store 05/29/15 02:51:02 PM 14817 BALTIMORE AVE LAUREL MD 7723 | $640.25 | |
| 05/28/15 | ATM WITHDRAWAL AUTHORIZED ON 05/28 16301 SW 88TH STREET MIAMI FL 0002371 ATM ID 9829G CARD 2027 | | $300.00 |
| 05/27/15 | SAVE AS YOU GO TRANSFER DEBIT TO XXXXXXXXXXX7465 | | $1.00 |
| 05/27/15 | ATM WITHDRAWAL AUTHORIZED ON 05/27 16301 SW 88TH STREET MIAMI FL 0002005 ATM ID 9829G CARD 2027 | | $300.00 |
| 05/27/15 | PURCHASE AUTHORIZED ON 05/26 FLDOE-OSFA 850-410-5240 FL S585146529086032 CARD 2027 | | $50.00 |
| 05/26/15 | ATM WITHDRAWAL AUTHORIZED ON 05/26 16301 SW 88TH STREET MIAMI FL 0001767 ATM ID 9829G CARD 2027 | | $300.00 |
| 05/26/15 | ATM WITHDRAWAL AUTHORIZED ON 05/25 16301 SW 88TH STREET MIAMI FL 0001643 ATM ID 9829G CARD 2027 | | $300.00 |
| 05/26/15 | ATM WITHDRAWAL AUTHORIZED ON 05/24 16301 SW 88TH STREET MIAMI FL 0001167 ATM ID 9829G CARD 2027 | | $300.00 |
| 05/26/15 | ATM WITHDRAWAL AUTHORIZED ON 05/23 16301 SW 88TH STREET MIAMI FL 0000840 ATM ID 9829G CARD 2027 | | $300.00 |
| 05/22/15 | ATM WITHDRAWAL AUTHORIZED ON 05/22 16301 SW 88TH STREET MIAMI FL 0000457 ATM ID 9829G CARD 2027 | | $300.00 |
| 05/21/15 | ATM WITHDRAWAL AUTHORIZED ON 05/21 16301 SW 88TH STREET MIAMI FL 0000187 ATM ID 9829G CARD 2027 | | $300.00 |
| 05/20/15 | ATM WITHDRAWAL AUTHORIZED ON 05/20 16301 SW 88TH STREET MIAMI FL 0009936 ATM ID 9829G CARD 2027 | | $300.00 |
| 05/19/15 | ATM WITHDRAWAL AUTHORIZED ON 05/19 16301 SW 88TH STREET MIAMI FL 0009640 ATM ID 9829G CARD 2027 | | $300.00 |
| 05/18/15 | ATM WITHDRAWAL AUTHORIZED ON 05/18 16301 SW 88TH STREET MIAMI FL 0009359 ATM ID 9829G CARD 2027 | | $300.00 |
| 05/18/15 | ATM WITHDRAWAL AUTHORIZED ON 05/17 16301 SW 88TH STREET MIAMI FL 0009154 ATM ID 9829G CARD 2027 | | $300.00 |
| 05/18/15 | ATM WITHDRAWAL AUTHORIZED ON 05/16 16301 SW 88TH STREET MIAMI FL 0008783 ATM ID 9829G CARD 2027 | | $300.00 |
| 05/15/15 | ATM WITHDRAWAL AUTHORIZED ON 05/15 16301 SW 88TH STREET MIAMI FL 0008267 ATM ID 9829G CARD 2027 | | $300.00 |
| 05/14/15 | ATM WITHDRAWAL AUTHORIZED ON 05/14 16301 SW 88TH STREET MIAMI FL 0007978 ATM ID 9829G CARD 2027 | | $300.00 |
| 05/13/15 | ATM WITHDRAWAL AUTHORIZED ON 05/13 16301 SW 88TH STREET MIAMI FL 0007710 ATM ID 9829G CARD 2027 | | $300.00 |
| 05/13/15 | TRANSFER FROM RENDON GRAJALES MONICA REF # PPER27WBKN PAGO FAJA ANN CHERY | $328.00 | |
| 05/12/15 | SAVE AS YOU GO TRANSFER DEBIT TO XXXXXXXXXXX7465 | | $1.00 |

| Date | Description | | |
|---|---|---|---|
| 05/12/15 | PURCHASE AUTHORIZED ON 05/10 TIME SQUARE MIAMI FL S585130658131686 CARD 2027 | | $457.43 |
| 05/12/15 | Transfer in Branch/Store - To PREMIER CHEC DDA XXXXXX7723 16301 SW 88TH ST MIAMI FL | $2,100.00 | |
| 05/11/15 | OVERDRAFT TRANSFER FEE | | $12.50 |
| 05/11/15 | OVERDRAFT PROTECTION XFER FROM DEP ACT | $186.63 | |
| 05/11/15 | PURCHASE AUTHORIZED ON 05/10 PARKWAY MIAMI FL P00465130524395065 CARD 2027 | | $31.00 |
| 05/11/15 | PURCHASE AUTHORIZED ON 05/09 LOS VERDES RESTAUR MIAMI FL S585129190467439 CARD 2027 | | $27.50 |
| 05/11/15 | PURCHASE AUTHORIZED ON 05/09 COURTYARD BY MARRI MIAMI FL S305128769920867 CARD 2027 | | $164.98 |
| 05/11/15 | PURCHASE AUTHORIZED ON 05/09 R & R ELECTRONICS MIAMI FL S465129629463390 CARD 2027 | | $42.79 |
| 05/11/15 | PURCHASE AUTHORIZED ON 05/09 GUESS #4004 MIAMI FL S465129613295668 CARD 2027 | | $86.11 |
| 05/11/15 | PURCHASE AUTHORIZED ON 05/08 BROTHER JIMMY'S BB MIAMI FL S285129104731352 CARD 2027 | | $38.75 |
| 05/11/15 | PURCHASE AUTHORIZED ON 05/08 MARATHON PETRO1709 MIAMI FL S465128515845624 CARD 2027 | | $25.00 |
| 05/11/15 | eDeposit in Branch/Store 05/11/15 10:03:29 AM 16301 SW 88TH ST MIAMI FL 7723 | $4,497.70 | |
| 05/07/15 | Cash eWithdrawal in Branch/Store 05/07/2015 3:55 PM 16301 SW 88TH ST MIAMI FL 2027 | | $2,000.00 |
| 05/05/15 | TRANSFER FROM WENDY Y RAMIREZ REF # JPM109407320 ULTIMO PAGO ORDEN ABRIL 28. THANK YOU | $673.70 | |
| 05/04/15 | PURCHASE AUTHORIZED ON 05/02 EL GALLEGO SUPERMA MIAMI FL P00385122660615810 CARD 2027 | | $17.25 |
| 05/04/15 | PURCHASE AUTHORIZED ON 05/01 FLDOE-OSFA 850-410-5240 FL S585121171425442 CARD 2027 | | $100.00 |
| 05/04/15 | PURCHASE AUTHORIZED ON 05/01 EXXONMOBIL 9763 MIAMI FL S385121684490481 CARD 2027 | | $20.00 |
| 05/01/15 | PURCHASE AUTHORIZED ON 04/30 MARINOS PIZZA & RE MIAMI FL S305121021905761 CARD 2027 | | $12.00 |
| 05/01/15 | PURCHASE AUTHORIZED ON 04/30 MEKATOS BAKERY MIAMI FL S585120506632760 CARD 2027 | | $2.04 |
| 04/30/15 | PURCHASE AUTHORIZED ON 04/30 ELIS HAIR SALON & BARB MIAMI FL P00000000837696675 CARD 2027 | | $15.00 |
| 04/30/15 | WITHDRAWAL MADE IN A BRANCH/STORE * | | $2,500.00  |
| 04/30/15 | PURCHASE AUTHORIZED ON 04/30 WM SUPERC Wal-Mart Sup KENDALL FL P00000000151168539 CARD 2027 | | $71.14 |
| 04/30/15 | TRANSFER FROM WENDY Y RAMIREZ REF # JPM109056715 SEGUNDO PAGO ORDEN ABRIL 28. LE DEVO $673. | $2,000.00 | |
| 04/29/15 | PURCHASE AUTHORIZED ON 04/28 PAPA JOHN'S 02184. 305-387-5808 FL S305117797444569 CARD 2027 | | $15.84 |
| 04/29/15 | TRANSFER FROM WENDY Y RAMIREZ REF # JPM109046550 PRIMER PAGO PARA LA ORDEN DE ABRIL 27 | $2,000.00 | |
| 04/27/15 | PURCHASE BANK CHECK OR DRAFT * | * $76,060.67 |  |
| 04/24/15 | WITHDRAWAL MADE IN A BRANCH/STORE * | | $9,000.00 |
| 04/24/15 | DEPOSIT MADE IN A BRANCH/STORE #915525485 | $579.00 | |
| 04/23/15 | PURCHASE AUTHORIZED ON 04/22 FEDEX 780536494120 MEMPHIS TN S385111800055565 CARD 2027 | | $20.13 |
| 04/23/15 | PURCHASE AUTHORIZED ON 04/22 FEDEX 850125932979 MEMPHIS TN S305111800164922 CARD 2027 | | $2.41 |
| 04/22/15 | PURCHASE AUTHORIZED ON 04/22 TEXACO 00306863 MIAMI FL S00465112561816739 CARD 2027 | | $10.00 |
| 04/22/15 | DEPOSIT MADE IN A BRANCH/STORE #819849597 | $1,916.90 | |
| 04/22/15 | TRANSFER FROM EFRAIN BLANCOFLORES REF # JPM108912533 | $643.60 | |
| 04/21/15 | PURCHASE AUTHORIZED ON 04/21 CHEVRON 00053381 MIAMI FL S00465111280688907 CARD 2027 | | $12.00 |
| 04/21/15 | TRANSFER FROM WENDY Y RAMIREZ REF # JPM108831288 PAGO FINAL DE ORDEN ABRIL 17 | $1,966.50 | |
| 04/21/15 | TRANSFER FROM BLANCA C GARCIA REF # JPM108830090 | $1,218.00 | |
| 04/20/15 | TRANSFER FROM WENDY Y RAMIREZ REF # JPM108820779 PRIMER PAGO PARA LA ORDEN DE ABRIL 17 | $2,000.00 | |
| 04/20/15 | TRANSFER FROM SCOTT MELISSA REF # PPE8JQVHXQ VIA MOBILE | $164.09 | |
| 04/16/15 | eTransfer in Branch/Store - To checking 16301 SW 88TH ST MIAMI FL 6414 | | $100.00 |

Wells Fargo Account Activity

| Date | Description | Deposit | Withdrawal |
|------|-------------|---------|------------|
| 04/16/15 | WITHDRAWAL MADE IN A BRANCH/STORE | | $4,000.00 |
| 04/16/15 | DEPOSIT MADE IN A BRANCH/STORE #819849873 | $3,292.00 | |
| 04/16/15 | eDeposit in Branch/Store 04/16/15 10:29:29 AM 16301 SW 88TH ST MIAMI FL 2027 | $2,700.00 | |
| 04/15/15 | SAVE AS YOU GO TRANSFER DEBIT TO XXXXXXXXXXX7465 | | $1.00 |
| 04/15/15 | PURCHASE AUTHORIZED ON 04/14 PAPA JOHN'S 02184 305-387-5808 FL S465104056188177 CARD 2027 | | $13.70 |
| 04/15/15 | eDeposit in Branch/Store 04/15/15 04:13:06 PM 8548 VAN NUYS BLVD PANORAMA CITY CA 7723 | $4,744.50 | |
| 04/14/15 | HARLAND CLARKE CHECK/ACC. 041315 00665447575488 WILSON COLORADO | | $20.00 |
| 04/14/15 | TRANSFER FROM EFRAIN BLANCOFLORES REF # JPM108764258 | $1,400.00 | |
| 04/14/15 | TRANSFER FROM EFRAIN BLANCOFLORES REF # JPM108780543 | $1,268.00 | |
| 04/14/15 | TRANSFER FROM MARIA DEL ROSARIO ALVAREZ REF # JPM108779757 | $675.00 | |
| 04/13/15 | SAVE AS YOU GO TRANSFER DEBIT TO XXXXXXXXXXX7465 | | $1.00 |
| 04/13/15 | PURCHASE AUTHORIZED ON 04/10 PAPA JOHN'S 02184 305-387-5808 FL S385100130425774 CARD 2027 | | $15.84 |
| 04/13/15 | TRANSFER FROM DEMATTA BLANCA REF # PPEN4VZLG6 VIA MOBILE | $271.50 | |
| 04/13/15 | TRANSFER FROM BLANCA C GARCIA REF # JPM108759962 | $735.00 | |
| 04/13/15 | DEPOSIT MADE IN A BRANCH/STORE #862595021 | $341.00 | |
| 04/10/15 | eDeposit in Branch/Store 04/10/15 04:09:46 PM 14817 BALTIMORE AVE LAUREL MD 7723 | $570.00 | |
| 04/10/15 | DEPOSIT MADE IN A BRANCH/STORE #820013296 | $1,877.50 | |
| 04/10/15 | TRANSFER FROM EFRAIN BLANCOFLORES REF # JPM108745444 | $2,000.00 | |
| 04/10/15 | TRANSFER FROM CALS TRADING INC. DBA COLOMBI REF # JPM108747947 INVOICE NO. 65. FAJAS ANNCHERY. 150 UNIDAD | $4,014.00 | |
| 04/10/15 | TRANSFER FROM WENDY Y RAMIREZ REF # JPM108745179 PRIMER PAGO PARA LA ORDEN DE ABRIL 8 | $1,000.00 | |
| 04/10/15 | TRANSFER FROM WENDY Y RAMIREZ REF # JPM108745891 ULTIMO PAGO DE LA ORDEN DE ABRIL 8 | $445.50 | |
| 04/08/15 | DEPOSIT MADE IN A BRANCH/STORE #917272338 | $5,118.20 | |
| 04/07/15 | TRANSFER FROM REZA GLORIA REF # PPETWXL8T7 REMAINDER PAYMENT ORDER 7 | $96.87 | |
| 04/07/15 | eDeposit in Branch/Store 04/07/15 10:28:02 AM 16301 SW 88TH ST MIAMI FL 2027 | $3,400.00 | |
| 04/07/15 | TRANSFER FROM SCOTT MELISSA REF # PPE5ML3YJH VIA MOBILE | $302.22 | |
| 04/07/15 | TRANSFER FROM EFRAIN BLANCOFLORES REF # JPM108716673 | $411.50 | |
| 04/07/15 | TRANSFER FROM MARIA DEL ROSARIO ALVAREZ REF # JPM108715660 | $1,003.00 | |
| 04/07/15 | TRANSFER FROM WENDY Y RAMIREZ REF # JPM108681902 TERCER PAGO DE LA ORDEN ABRIL 2 | $2,000.00 | |
| 04/07/15 | TRANSFER FROM WENDY Y RAMIREZ REF # JPM108708195 ULTIMO PAGO PARA LA ORDEN DE ABRIL 2 | $1,879.49 | |
| 04/07/15 | TRANSFER FROM CALS TRADING INC. DBA COLOMBI REF # JPM108702667 INVOICE N.4 103 UNIDADES ANNCHERY MARZO 31 | $2,755.00 | |
| 04/06/15 | TRANSFER FROM MARIA DEL ROSARIO ALVAREZ REF # JPM108673321 | $930.50 | |
| 04/06/15 | TRANSFER FROM WENDY Y RAMIREZ REF # JPM108669392 SEGUNGO PAGO PARA LA ORDEN DE APRIL 2 | $2,000.00 | |
| 04/06/15 | eDeposit in Branch/Store 04/04/15 12:38:57 PM 16301 SW 88TH ST MIAMI FL 2027 | $1,080.00 | |
| 04/06/15 | TRANSFER FROM REZA GLORIA REF # PPETWWV7NL ORDER 7 | $2,500.00 | |
| 04/03/15 | eDeposit in Branch/Store 04/03/15 11:53:23 AM 14817 BALTIMORE AVE LAUREL MD 7723 | $1,055.00 | |
| 04/03/15 | TRANSFER FROM DEMATTA BLANCA REF # PPEQZTZJBD VIA MOBILE | $1,006.00 | |
| 04/03/15 | TRANSFER FROM WENDY Y RAMIREZ REF # JPM108660098 ORDEN ABRIL 2 2015. PRIMER PAGO | $2,000.00 | |
| 04/01/15 | SAVE AS YOU GO TRANSFER DEBIT TO XXXXXXXXXXX7465 | | $3.00 |
| 04/01/15 | PURCHASE AUTHORIZED ON 03/31 THE UPS STORE 6106 MIAMI FL S305090834603716 CARD 2027 | | $35.76 |
| 04/01/15 | PURCHASE AUTHORIZED ON 03/31 THE UPS STORE 6106 MIAMI FL S585090834202522 CARD 2027 | | $60.13 |
| 04/01/15 | PURCHASE AUTHORIZED ON 03/31 MEKATOS BAKERY MIAMI FL S585090512181845 CARD 2027 | | $20.96 |
| 04/01/15 | DEPOSIT MADE IN A BRANCH/STORE #917152005 | $3,650.34 | |
| 04/01/15 | TRANSFER FROM EFRAIN BLANCOFLORES REF # JPM108626580 | $1,103.00 | |

Wells Fargo Account Activity

| Date | Description | | |
|---|---|---|---|
| 03/31/15 | eDeposit in Branch/Store 03/31/15 09:15:30 AM 16301 SW 88TH ST MIAMI FL 2027 | $2,980.00 | |
| 03/31/15 | TRANSFER FROM BLANCA C GARCIA REF # JPM108624093 | $200.00 | |
| 03/31/15 | TRANSFER FROM MARIA DEL ROSARIO ALVAREZ REF # JPM108601499 | $922.50 | |
| 03/30/15 | TRANSFER FROM BLANCA C GARCIA REF # JPM108591089 | $354.50 | |
| 03/27/15 | SAVE AS YOU GO TRANSFER DEBIT TO XXXXXXXXXX7465 | | $2.00 |
| 03/27/15 | PURCHASE AUTHORIZED ON 03/27 A&F#10455 8888 SW 136t Miami FL P00465086839534298 CARD 2027 | | $36.38 |
| 03/27/15 | PURCHASE AUTHORIZED ON 03/27 Wal-Mart Super Center KENDALL FL P00000000936453950 CARD 2027 | | $95.93 |
| 03/27/15 | TRANSFER FROM MARIA DEL ROSARIO ALVAREZ REF # JPM108585515 | $2,000.00 | |
| 03/26/15 | TRANSFER FROM REZA GLORIA REF # PPE2QDSXLM ORDER 5 | $958.02 | |
| 03/25/15 | TRANSFER FROM REZA GLORIA REF # PPE2QDSXD8 ORDER 6 | $196.38 | |
| 03/25/15 | TRANSFER FROM EFRAIN BLANCOFLORES REF # JPM108561405 | $1,269.50 | |
| 03/24/15 | TRANSFER FROM DEMATTA BLANCA REF # PPEQZQX64R VIA MOBILE | $239.15 | |
| 03/23/15 | SAVE AS YOU GO TRANSFER DEBIT TO XXXXXXXXXX7465 | | $5.00 |
| 03/23/15 | PURCHASE AUTHORIZED ON 03/22 THE HOME DEPOT #6339 MIAMI FL P00585081557653419 CARD 2027 | | $37.05 |
| 03/23/15 | PURCHASE AUTHORIZED ON 03/21 PARKWAY MIAMI FL P00000000852784753 CARD 2027 | | $44.34 |
| 03/23/15 | PURCHASE AUTHORIZED ON 03/20 GHOST ARMOR MIAMI FL S465079678018158 CARD 2027 | | $35.00 |
| 03/23/15 | PURCHASE AUTHORIZED ON 03/19 DOMINO'S PIZZA 381 734-930-3030 FL S085079140274740 CARD 2027 | | $15.07 |
| 03/23/15 | PURCHASE AUTHORIZED ON 03/19 EXXONMOBIL 9763 MIAMI FL S465078547768222 CARD 2027 | | $30.00 |
| 03/20/15 | SAVE AS YOU GO TRANSFER DEBIT TO XXXXXXXXXX7465 | | $4.00 |
| 03/20/15 | PURCHASE AUTHORIZED ON 03/20 THE UPS STORE #6106 11 MIAMI FL P00000000844479746 CARD 2027 | | $16.57 |
| 03/20/15 | PURCHASE AUTHORIZED ON 03/20 THE UPS STORE #6106 11 MIAMI FL P00000000953254717 CARD 2027 | | $40.12 |
| 03/20/15 | PURCHASE AUTHORIZED ON 03/19 CHEVRON 00200188 MIAMI FL S00305079207508364 CARD 2027 | | $38.00 |
| 03/20/15 | PURCHASE AUTHORIZED ON 03/19 THE UPS STORE 6106 MIAMI FL S585078797379222 CARD 2027 | | $25.60 |
| 03/20/15 | eDeposit in Branch/Store 03/20/15 09:02:03 AM 14817 BALTIMORE AVE LAUREL MD 7723 | $806.00 | |
| 03/20/15 | TRANSFER FROM SCOTT MELISSA REF # PPEXST4Q5L | $138.20 | |
| 03/20/15 | TRANSFER FROM REZA GLORIA REF # PPEN4N8CJL ANN CHERY ORDER 3 | $690.82 | |
| 03/19/15 | SAVE AS YOU GO TRANSFER DEBIT TO XXXXXXXXXX7465 | | $3.00 |
| 03/19/15 | PURCHASE AUTHORIZED ON 03/19 THE UPS STORE #6106 11 MIAMI FL P00000000947148467 CARD 2027 | | $27.52 |
| 03/19/15 | PURCHASE AUTHORIZED ON 03/18 FEDEX 780359301148 MEMPHIS TN S305076690096340 CARD 2027 | | $15.70 |
| 03/19/15 | PURCHASE AUTHORIZED ON 03/17 KFC X975047 2975 MIAMI FL S385076700463552 CARD 2027 | | $7.48 |
| 03/19/15 | DEPOSIT MADE IN A BRANCH/STORE #807035390 | $2,837.20 | |
| 03/17/15 | SAVE AS YOU GO TRANSFER DEBIT TO XXXXXXXXXX7465 | | $1.00 |
| 03/17/15 | PURCHASE AUTHORIZED ON 03/15 HAGGAN-DAZS #1 MIAMI FL S305075033935305 CARD 2027 | | $7.12 |
| 03/16/15 | SAVE AS YOU GO TRANSFER DEBIT TO XXXXXXXXXX7465 | | $7.00 |
| 03/16/15 | PURCHASE AUTHORIZED ON 03/16 EXXONMOBIL POS MIAMI FL P00000000142699457 CARD 2027 | | $25.01 |
| 03/16/15 | PURCHASE AUTHORIZED ON 03/15 GLOWSTAR INC MIAMI FL S385075028780499 CARD 2027 | | $10.69 |
| 03/16/15 | PURCHASE AUTHORIZED ON 03/15 LOS VERDES COUNTRY MIAMI FL S585074262012474 CARD 2027 | | $15.90 |
| 03/16/15 | PURCHASE AUTHORIZED ON 03/14 BEST WESTERN MIAMI FL S385073751730749 CARD 2027 | | $179.67 |
| 03/16/15 | PURCHASE AUTHORIZED ON 03/13 TURNPIKE STATIO MIAMI FL P00000000753565296 CARD 2027 | | $32.00 |
| 03/16/15 | PURCHASE AUTHORIZED ON 03/13 BLUE MARTINI KENDA MIAMI FL S385073103239550 CARD 2027 | | $14.98 |
| 03/16/15 | PURCHASE AUTHORIZED ON 03/12 MANHATTAN AND CHIC MIAMI FL S305072021790091 CARD 2027 | | $21.86 |

Wells Fargo Account Activity

| 03/16/15 | TRANSFER FROM DEMATTA BLANCA REF # PPE2QBG3N7 VIA MOBILE | $316.30 | |
| 03/16/15 | TRANSFER FROM REZA GLORIA REF # PPE8JDND7B ORDER #3 | $561.00 | |
| 03/12/15 | SAVE AS YOU GO TRANSFER DEBIT TO XXXXXXXXXXX7465 | | $3.00 |
| 03/12/15 | PURCHASE AUTHORIZED ON 03/12 CHEVRON 00202649 MIAMI FL S00305071863455404 CARD 2027 | | $40.00 |
| 03/12/15 | PURCHASE AUTHORIZED ON 03/11 MEKATOS BAKERY MIAMI FL S305070519585817 CARD 2027 | | $5.84 |
| Totals | | $93,009.06 | $101,010.76 |

Deposit products offered by Wells Fargo Bank, N.A. Member FDIC. Wells Fargo Bank, N.A. is a banking affiliate of Wells Fargo & Company.

⌂ Equal Housing Lender

© 1995 – 2016 Wells Fargo. All rights reserved.

# CHASE ⬡

Chase.com | Contact Us | Privacy Notice | En Español | Search: How can we help you today? 🔍

**LOG OFF**

My Accounts › Balances

CHASE ONLINE℠  Saturday, August 13, 2016

## Balances

○ Print  ○ Help with this page

**I'd like to...**
▸ Pay bills
▸ See statements
▸ See account notices
▸ See more choices



## Turn convenience into a chance to win!

CHASE MOBILE® APP · CHASE.COM · CHASE ATMs

Enroll and
Official Rules >>



>>> Wire Money   Access Manager   $ Payroll

### Balances for...

CHASE PLUS SAVINGS (...7917) ▾   [ Show ]

**Details for CHASE PLUS SAVINGS (...7917)**

| | | | |
|---|---|---|---|
| Present Balance | $1.73 | Uncollected funds – Total | $0.00 |
| Available Balance | $1.73 | Withdrawals this statement period | 0 |
| Interest rate | 0.03% | | |

### Transaction Results (1 - 30) for CHASE PLUS SAVINGS (...7917)

All Transactions ▾   [ Show ]

View checks by check number | Search Transactions

| Date | Type | Description | Debit | Credit | Balance |
|---|---|---|---|---|---|
| 07/20/2015 | Account Transfer | ODP TRANSFER TO CHECKING 000000471238332 | $74.20 | | $1.73 |
| 06/01/2015 | Account Transfer | ODP TRANSFER TO CHECKING 000000471238332 | $100.00 | | $75.93 |
| 05/27/2015 | Misc. Credit | INTEREST PAYMENT | | $0.05 | $175.93 |
| 04/27/2015 | Misc. Debit | CHECK # 📷 (view) | $30,000.00 | | $175.88 |
| 04/24/2015 | Misc. Credit | INTEREST PAYMENT | | $0.73 | $30,175.88 |
| 04/09/2015 | Misc. Debit | CHECK # 📷 (view) | $200.00 | | $30,175.15 |
| 04/09/2015 | Deposit | DEPOSIT ID NUMBER 597874 📷 (view) | | $157.00 | $30,375.15 |
| 04/08/2015 | Deposit | DEPOSIT ID NUMBER 314886 📷 (view) | | $380.00 | $30,218.15 |
| 04/06/2015 | Deposit | DEPOSIT ID NUMBER 522016 📷 (view) | | $1,000.00 | $29,838.15 |
| 03/27/2015 | Deposit | DEPOSIT ID NUMBER 672125 📷 (view) | | $2,940.00 | $28,838.15 |
| 03/25/2015 | Misc. Credit | INTEREST PAYMENT | | $0.35 | $25,898.15 |
| 03/24/2015 | Deposit | DEPOSIT ID NUMBER 140614 📷 (view) | | $120.00 | $25,897.80 |
| 03/24/2015 | Deposit | DEPOSIT ID NUMBER 140815 📷 (view) | | $619.30 | $25,777.80 |
| 03/18/2015 | Deposit | DEPOSIT ID NUMBER 194648 📷 (view) | | $2,900.00 | $25,158.50 |
| 03/16/2015 | Deposit | DEPOSIT ID NUMBER 117191 📷 (view) | | $4,900.00 | $22,258.50 |
| 03/13/2015 | Deposit | DEPOSIT ID NUMBER 152931 📷 (view) | | $5,760.00 | $17,358.50 |
| 03/09/2015 | Deposit | DEPOSIT ID NUMBER 352910 📷 (view) | | $3,000.00 | $11,598.50 |
| 03/06/2015 | Deposit | DEPOSIT ID NUMBER 347679 📷 (view) | | $340.00 | $8,598.50 |
| 03/03/2015 | Deposit | DEPOSIT ID NUMBER 211200 📷 (view) | | $392.97 | $8,258.50 |
| 02/26/2015 | Misc. Credit | INTEREST PAYMENT | | $0.07 | $7,865.53 |
| 02/26/2015 | Deposit | DEPOSIT ID NUMBER 102900 📷 (view) | | $600.00 | $7,865.46 |
| 02/23/2015 | Deposit | DEPOSIT ID NUMBER 284280 📷 (view) | | $250.00 | $7,265.46 |
| 02/20/2015 | Deposit | DEPOSIT ID NUMBER 148556 📷 (view) | | $309.43 | $7,015.46 |

| 02/17/2015 | Deposit | DEPOSIT ID NUMBER 311228 📷 (view) | $1,076.00 | $6,706.03 |
| 02/13/2015 | Misc. Credit | INTEREST PAYMENT | $0.03 | $5,630.03 |
| 02/13/2015 | Deposit | DEPOSIT ID NUMBER 61286 📷 (view) | $1,786.00 | $5,630.00 |
| 02/11/2015 | Deposit | DEPOSIT ID NUMBER 72100 📷 (view) | $1,780.00 | $3,844.00 |
| 02/06/2015 | Deposit | DEPOSIT ID NUMBER 161065 📷 (view) | $24.00 | $2,064.00 |
| 02/04/2015 | Deposit | DEPOSIT ID NUMBER 895001 📷 (view) | $1,000.00 | $2,040.00 |
| 01/30/2015 | Deposit | DEPOSIT ID NUMBER 551809 📷 (view) | $1,040.00 | $1,040.00 |

My Accounts

Security | Terms of Use | Legal Agreements and Disclosures| AdChoices ▷

© 2016 JPMorgan Chase & Co.

# **<u>EXHIBIT E</u>**

U.S. Department of Justice
Drug Enforcement Administration

| REPORT OF INVESTIGATION | | | | Page 1 of 3 |
|---|---|---|---|---|
| 1. Program Code ▉▉ | 2. Cross File | Related Files ▉▉ | 3. File No. G1-15-0227 | 4. G-DEP Identifier ▉▉ |
| 5. By: Kimako W Finey, SA At: Miami Field Division, HIDTA Group 45/11. | ☐ ☐ ☐ ☐ ☐ | | 6. File Title ▉▉ | |
| 7. ☐ Closed ☐ Requested Action Completed ☐ Action Requested By: | | | 8. Date Prepared 05-18-2015 | |
| 9. Other Officers: | | | | |
| 10. Report Re: CS Initial Debriefing of the activities of Wilson COLORADO on April 30, 2015 (reactivation). | | | | |

## DRUG RELATED INFORMATION

1. The CS did not have any Drug related information at the time of the debriefing. The CS was advised that if any information becomes available to notify his/her controlling agents.

## NON DRUG RELATED INFORMATION

1. On April 30, 2015, SA Kimako Finey was contacted by ▉▉▉▉ (CS) via telephone regarding Wilson COLORADO and Tatiana NARVAEZ CAIDEDO. The CS told SA Finey that Wilson COLORADO (identified by SA Finey as Wilson Oswaldo COLORADO-Echeverry), is a cocaine distributor and money launderer. The CS advised SA Finey that COLORADO is responsible for kilogram quantities of cocaine being imported into unknown areas in Spain for distribution, thusly obtaining large quantities of bulk currency. The CS advised SA Finey that COLORADO facilitates this activity through an unknown third party source who is a part of an unidentified Mexican organization, and/or Mexican cartel. CS advised that the bulk currency which derived from narcotics sales was currently in Miami, Florida. The CS advised that COLORADO utilizes several residences throughout the south Florida area, which are maintained as stash house locations utilized to store bulk currency and possibly narcotics. CS provided SA Finey with specific information on one such residence and the occupant

| 11. Distribution: Division | 12. Signature (Agent) Kimako W Finey, SA | 13. Date 05-18-2015 |
|---|---|---|
| District | 14. Approved (Name and Title) /s/ Jarrett N Bevill, Acting GS | 15. Date 05-20-2015 |
| Other | | |

DEA Form - 6
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

U.S. Department of Justice
Drug Enforcement Administration

| REPORT OF INVESTIGATION | 1. File No. | 2. G-DEP Identifier |
|---|---|---|
| (Continuation) | G1-15-0227 | ▇▇▇▇ |
| | 3. File Title | |
| | ▇▇▇▇▇▇▇ | |
| 4. Page   2   of   3 | | |
| 5. Program Code ▇▇▇▇ | 6. Date Prepared   05-18-2015 | |

identified as Tatiana Alejandra NARVAEZ-Caidedo.  The CS advised SA
Finey that NARVAEZ CAIDEDO resided at 8401 SW 107th Avenue, #E201
Miami, Florida and drives a blue in color, Lexus which should display
State of Florida license plate DJT-L04 [Agent's note:  The vehicle
was determined to be gray in color].  The CS advised that NARVAEZ
CAIDEDO was currently storing bulk currency on behalf of COLORADO,
however, that he/she was not sure if the currency was being stored at
the address on 107th Avenue.

2. The CS advised SA Finey that COLORADO was possibly a fugitive from
justice.  The CS advised that COLORADO left an unknown area in Spain
after being arrested and before the outcome of a judicial
proceeding.  The CS did not know why COLORADO was arrested in Spain
but assumed that it was for narcotics related activities or as a
result of a narcotics investigation.

**FINANCIAL INFORMATION**

1. The CS was asked if the CS had any Financial Information, including
but not limited to money laundering, transportation of bulk currency,
wire transfers, the Black Market Peso Exchange, and the illegitimate
use of the banking system. The CS advised that COLORADO was in
possession of approximately $450,000.00 in U.S. Currency that he was
due to launder and have in Mexico by May 19, 2015.  The CS advised
that COLORADO was storing bulk currency in various locations to
facilitate getting it to Mexico.  The CS did not have any information
on how COLORADO would get the drug proceed to Mexico.  The CS did not
have any information on how the bulk currency got to the United
States from Spain.

**TERRORIST INFORMATION**

1.  The CS was asked if the CS had any information concerning terrorist
activities, including but not limited to terrorist recruitment, funding,
planning, strategy, operations, communication, weapons and ordinance
procurement and to include persons with negative interests against the
United States. The CS stated that the CS did not have information of this
type at this time. The CS was instructed to immediately contact

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

SDFL000002

U.S. Department of Justice
Drug Enforcement Administration

| REPORT OF INVESTIGATION | 1. File No. | 2. G-DEP Identifier |
|---|---|---|
| (Continuation) | G1-15-0227 | ███████ |
| | 3. File Title | |
| | ██████████████ | |
| 4. Page  3  of  3 | | |
| 5. Program Code ██████ | 6. Date Prepared 05-18-2015 | |

controlling agents in the event that the CS does become aware of terrorist information. The CS indicated that the CS understood these instructions, and would contact the controlling agents immediately upon gaining terrorist information.

**INDEXING**



1. ██████████ - ███████
   ████████████████████

2. ██████████ - ███████
   ████████████████████
   ███████████████████

DEA SENSITIVE
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

SDFL000003

# <u>EXHIBIT F</u>

U.S. Department of Justice
Drug Enforcement Administration

## REPORT OF INVESTIGATION

Page 1 of 7

| 1. Program Code ▇▇▇ | 2. Cross File ☐ | Related Files ▇▇▇ ☐ ▇▇▇ ☐ ▇▇▇ ☐ ☐ | 3. File No. G1-15-0227 | 4. G-DEP Identifier ▇▇▇ |
|---|---|---|---|---|

| 5. By: Kimako W Finey, SA   At: Miami Field Division, HIDTA Group 45/11 | 6. File Title ▇▇▇▇ ▇▇▇▇ |
|---|---|

| 7. ☐ Closed ☐ Requested Action Completed    ☐ Action Requested By: | 8. Date Prepared 05-11-2015 |
|---|---|

9. Other Officers: SABrad Smith,Jose Mantilla,Kellen Williams,TFO Eddie Breso,Bill Swikehardt,Jorge Cardenas,MDPD Det.Carlos Reyes,Chris Fernandez,Carlos Garcia

10. Report Re: Surveillance in the area of 16237 SW 97 Terr, Miami, Florida and acquisition of Exhibits N-1 and N-5 thru N-7.

## SYNOPSIS

1.   On May 11, 2015, Drug Enforcement Administration (DEA), HIDTA Group 45/11 (Group 45/11), agents, Homeland Security Investigations (HSI) agents, and Miami Dade Police Department (MDPD) detectives participated in a joint narcotics investigation in Miami, Florida.  Subsequently, drug and non drug evidence was seized.

## DETAILS

1.   On May 11, 2015, at approximately 9:45 a.m., Group 45/11 agents initiated surveillance in the area of 8401 SW 107th Avenue #E201, Miami, Florida based in information received from ▇▇▇▇▇▇ (CS1) that Tatiana Alejandra NARVAEZ CAICEDO resides at this address and possibly was storing narcotics proceeds in bulk, on behalf of Wilson COLORADO.  Upon arrival SA Kimako Finey observed a gray in color, Lexus parked in front of apartment E201.  This vehicle displayed State of Florida license plate DJT-L04.  This vehicle is known to agents to be registered to NARVAEZ CAICEDO and Francisca Del Rosa Arias on a 2015, Lexus, Utility at 10294 NW 9th Street Circle #103, Miami, Florida 33172.

2.   At approximately 10:15 a.m., SA Jose Mantilla acting in an undercover capacity as a news paper solicitor, knocked on the door of apartment and received no answer.

| 11. Distribution: Division   District   Other | 12. Signature (Agent)   Kimako W Finey, SA | 13. Date 05-21-2015 |
|---|---|---|
|  | 14. Approved (Name and Title)   /s/ Jarrett N Bevill, Acting GS | 15. Date 05-28-2015 |

DEA Form    - 6
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

SDFL000006

U.S. Department of Justice
Drug Enforcement Administration

| **REPORT OF INVESTIGATION**<br><br>*(Continuation)* | 1. File No.<br>G1-15-0227 | 2. G-DEP Identifier<br>▆▆▆▆ |
|---|---|---|
| | 3. File Title<br>▆▆▆▆▆▆   ▆▆▆▆ | |

| 4.<br>Page   2   of   7 | |
|---|---|
| 5. Program Code<br>▆▆▆▆ | 6. Date Prepared<br>05-11-2015 |

3.   At approximately 10:17 a.m., SA Kimako Finey and TFO Bill Swikehardt observed a female later determined to be NARVAEZ CAICEDO open the apartment door and looked out briefly.   NARVAEZ CAICEDO subsequently closed the apartment door.

4.   At approximately 10:20 a.m., ▆▆▆▆▆▆ (CS2) confirmed that apartment E201 received power in the name of Tatiana NARVAEZ CAICEDO and that she was the active customer of 8401 SW 107th Avenue, Miami, Florida.   CS2 provided agents with the phone number on file for NARVAEZ CAICEDO which was 305-342-9985.

5.   At approximately 10:40 a.m., SA Finey and TFO Jorge Cardenas approached the apartment and knocked on the door.   Agents received no answer.

6.   At approximately 10:48 a.m., NARVAEZ CAICEDO opened the front door and spoke with agents.   NARVAEZ CAICEDO provided verbal permission for agents to enter and later search her residence.   No items of contraband were located within the residence.   NARVAEZ CAICEDO had three to four envelopes containing currency which were all located in a hat box in her bedroom closet.   NARVAEZ CAICEDO advised agents that the currency was business proceeds and totaled approximately $5,000.00.   NARVAEZ CAICEDO advised agents that COLORADO frequents her residence but did not always reside there.   When asked, NARVAEZ CAICEDO advised that the men's clothing and shoes located in her bedroom closet belonged to COLORADO.   NARVAEZ CAICEDO provided agents with an alternate address for COLORADO of 16237 SW 97th Terr, Miami, Florida.

7.   At approximately 11:35 a.m., TFO Swikehardt and TFO Cardenas initiated surveillance in the area 16237 SW 97th Terr, Miami, Florida.   Detectives of the MDPD, SA Brad Smith and Kellen Williams later joined the surveillance.

8.   At approximately 1:20 p.m., agents and detectives approached the residence and obtained verbal and written permission for agents to enter and search the residence.   Located at the residence were the legal renter Miladis SALGADO, Wilson COLORADO, Andres Felipe COLORADO and Paola Colorado (juvenile female).

---

DEA Form     - 6a
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

SDFL000007

U.S. Department of Justice
Drug Enforcement Administration

| REPORT OF INVESTIGATION | 1. File No. G1-15-0227 | 2. G-DEP Identifier |
| (Continuation) | 3. File Title | |

4.
Page 3 of 7

5. Program Code

6. Date Prepared
05-11-2015

9.   At approximately 1:27 p.m. a subsequent search of the residence was conducted.  Agents observed that the house was in disarray and signs that narcotics may have been discarded utilizing a bathroom toilet in the upstairs portion of the residence.  Agents observed and ultimately recovered a food saver type bag and napkin (labeled Exhibit N-7) containing the residue of a green leafy substance (suspected marijuana) from the trash can on the side of the aforementioned toilet.

10.   At approximately 1:30 p.m., a currency certified canine "Spock" was called upon to conduct a clean air search of the residence.  According to the canine handler, "Spock" displayed a noticeable change in behavior in the area of the master bedroom closet and displayed a passive alert for the detection of currency.

11.   At approximately 1:50 p.m., agents observed and recovered two to three small bags of a white powdery substance (suspected cocaine) and a large marijuana bong (labeled Exhibit N-5) from within the garage area which had been converted into a bedroom.  This room appeared to be utilized by COLORADO and his son Andres Felipe COLORADO.  Agents also observed a heat sealer in this converted bedroom.  Andres COLORADO later admitted to ownership of the cocaine and was arrested by a detective of the MDPD assigned to DEA as a task force agent.  The cocaine was seized by MDPD detectives in accordance with their rules and regulations **[Agent's note:  SA Kellen Williams observed the cocaine underneath clothing in this bedroom as witnessed by HSI SA Mike Neagle the cocaine was collected by detectives of the MDPD]**.

12.   At approximately 2:00 p.m., agents observed a kilogram press in the enclosed area of the back yard on the side of the residence **[Agent's note:  SA Brad Smith observed the kilogram press on the side of the residence as witnessed by TFO Breso]**.

13.   At approximately 2:15 p.m., agents observed and later recovered a bundle of United States currency from an upstairs bedroom closet from a room determined to be SALGADO's.  Agents conducted as search of the closet which consisted of women's clothing and shoes contained on a shelving system.  At the rear portion of one of the shelves agents discovered a loose board.  Once the board was adjusted, currency spilled out from this

DEA Form - 6a
(Jul. 1996)

DEA SENSITIVE
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

SDFL000008

U.S. Department of Justice
Drug Enforcement Administration

| REPORT OF INVESTIGATION | 1. File No. G1-15-0227 | 2. G-DEP Identifier ▮▮▮▮ |
|---|---|---|
| *(Continuation)* | 3. File Title ▮▮▮▮ ▮▮▮ | |
| 4. Page 4 of 7 | | |
| 5. Program Code ▮▮▮▮ | 6. Date Prepared 05-11-2015 | |

area.  A drug certified canine "Nina" was called upon to conduct a clean
air search around the currency.  According to the canine handler, "Nina"
displayed a noticeable change in behavior around the money and displayed a
passive alert to the currency.  Agents recovered United States currency
(Exhibit N-1) and an envelope containing two cashier's checks.  A
cashier's check in the amount of $101,629.59 made payable to Wilson
COLORADO (this check was later altered pursuant to a seizure warrant, made
payable to the U.S. Marshals Service, and seized as Exhibit N-2) and
$30,000 made to Wilson COLORADO (this check was later altered pursuant to
a seizure warrant, made payable to the U.S. Marshals Service, and seized
as Exhibit N-3) was found in the envelope.  Exhibit N-1, and the two
cashier's checks were recovered by SA Kimako Finey as witnessed by SA Jose
Mantilla.  The currency was placed into an evidence envelop
#EM000154560
and sealed in the presence of WILSON who claimed ownership of the
money.  WILSON signed the currency envelop as the owner [**Agent's
note:  Exhibit N-1 was observed under the shelves by TFO Swikehardt as
witnessed by SA Kellen Williams.  Exhibit N-2 and N-3 were altered
pursuant to a seizure warrant and made payable to the United States
Marshal Service on May 13, 2015 and was acquired in a different DEA 6
reference is made to DEA 6 written by SA Finey titled: Intelligence
Regarding the acquisition of Exhibit N-2 and N-3 on May 13, 2015.**].


14.  As the search of the residence was being conducted a surreptitious
recording between Wilson COLORADO and Andres COLORADO was obtained from
within the rear of a marked patrol vehicle.  Wilson told Andres during a
portion of the recording something to the effect that agents missed the
$40,000.00 and a pistol.  Agents conducted a follow-up search of the
residence for these items.


15.  At approximately 3:45 p.m., agents observed and later recovered two
bundles of money bound by rubber bands (also labeled Exhibit N-1) in a
room determined to be utilized by Paola Colorado.  This currency was
observed under a two drawer night stand near the juvenile female's bed by
TFO Jorge Cardenas.  A drug certified canine "Nina" was called upon to
conduct a clean air search around the currency.  According to the canine
handler, "Nina" displayed a noticeable change in behavior around the money
and displayed a passive alert to the currency.  This portion of Exhibit N-
1 was recovered by SA Kimako Finey as witnessed by SA Jose Mantilla.  This

DEA SENSITIVE
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

SDFL000009

U.S. Department of Justice
Drug Enforcement Administration

<table>
<tr><td rowspan="3"><b>REPORT OF INVESTIGATION</b><br>(Continuation)</td><td>1. File No.<br>G1-15-0227</td><td>2. G-DEP Identifier</td></tr>
<tr><td colspan="2">3. File Title</td></tr>
</table>

4.
Page  5  of  7

5. Program Code

6. Date Prepared
05-11-2015

portion of the currency was placed into an evidence envelop #ES000836417 and was sealed in the presence of WILSON who claimed ownership of the money.  WILSON signed the currency envelop as the owner.

16.  At approximately 4:10 p.m., SA Finey observed and obtained a photograph of a portion of the 2013 and 2014 tax return completed by SALGADO and COLORADO.  In 2013 SALGADO and COLORADO filed an joint return and claimed $47,847 in total wages, tips and earnings.  In 2014, SALGADO and COLORADO filed a joint return and claimed $42,443 in total wages, tips and earnings.  SALGADO denied ownership to all the items located in the residence.  SALGADO advised agents that COLORADO is her ex-husband and that she allows him to live with her while he is in the United States.

17.  The currency placed in SSEE bag#EM000154560 and found in the bedroom closet was determined during an official count on May 15, 2015 to be $15,070.00.  The currency placed in SSEE bag#ES000836417 and found in the juvenile female's room was determined during an official count on May 15, 2015 to be $55,600.00.  The total for Exhibit N-1 was $70,670.00 in U.S. Currency.  Agents never recovered a firearm of any type.

<b><u>CUSTODY OF EVIDENCE</u></b>

1.  Exhibit N-1 is described as $70,670.00 in U.S. Currency (**amount determined during an official count conducted at Brink, Inc on May 15, 2015**).  Exhibit N-1 was seized from the residence of Wilson COLORADO and Miladis SALGADO located at 16237 SW 97 Terr, on May 11, 2015 pursuant to consent to search of the residence.  Exhibit N-1 was seized from within the master bedroom closet and from under a night stand in a juvenile's room by SA Kimako Finey as witnessed by SA Jose Mantilla.  SA Kimako Finey seized Exhibit N-1 and transported it to the MFD temporary High Value Seized and Recovered Asset vault in Weston, Florida as witnessed by SA Brad Smith pending the official count.

2.  Exhibit N-5 is described as a glass bong.  Exhibit N-5 was seized from the residence of Wilson COLORADO and Miladis SALGADO located at 16237 SW 97 Terr, on May 11, 2015 pursuant to consent to search of the residence.  Exhibit N-5 was located by SA Kellen Williams in the garage area of the

DEA Form    - 6a
(Jul. 1996)

<b>DEA SENSITIVE</b>
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

SDFL000010

U.S. Department of Justice
Drug Enforcement Administration

| **REPORT OF INVESTIGATION** | 1. File No. | 2. G-DEP Identifier |
|---|---|---|
| *(Continuation)* | G1-15-0227 | ▮▮▮ |
| | 3. File Title | |
| 4.<br>Page  6  of  7 | ▮▮▮▮ ▮▮▮▮ | |
| 5. Program Code | 6. Date Prepared<br>05-11-2015 | |

residence which had been converted into bedroom a witnessed by SA Kimako
Finey.  SA Kimako Finey seized Exhibit N-5 and transported it to the Group
45/11 office as witnessed by SA Jose Mantilla.  On May 14, 2015, SA Finey
and Mantilla processed Exhibit N-5 and placed it into a self-sealing
evidence envelope pending submission to the non drug evidence custodian.

3.  Exhibit N-6 is described as a DEA Form 88 (consent to search).
Exhibit N-6 was seized from the residence of Wilson COLORADO and Miladis
SALGADO located at 16237 SW 97 Terr, on May 11, 2015 after being executed
by SA Brad Smith and TFO Jorge Cardenas.  SA Kimako Finey seized Exhibit
N-6 and transported it to the Group 45/11 office as witnessed by SA Jose
Mantilla.  On May 12, 2015, SA Finey and Mantilla processed Exhibit N-6
and placed it into a self-sealing evidence envelope pending submission to
the non drug evidence custodian.

4.  Exhibit N-7 is described as a plastic bag and napkin.  Exhibit N-7 was
seized from the residence of Wilson COLORADO and Miladis SALGADO located
at 16237 SW 97 Terr, on May 11, 2015 pursuant to consent to search of the
residence.  Exhibit N-7 was located by SA Kimako Finey in the bathroom
area of the residence as witnessed by SA Jose Mantilla.  SA Kimako Finey
seized Exhibit N-7 and transported it to the Group 45/11 office as
witnessed by SA Jose Mantilla.  On May 12, 2015, SA Finey and Mantilla
processed Exhibit N-7 and placed it into a self-sealing evidence envelope
pending submission to the non drug evidence custodian.

**INDEXING**



| DEA Form     - 6a<br>(Jul. 1996) | **DEA SENSITIVE**<br>Drug Enforcement Administration |
|---|---|

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

SDFL000011

U.S. Department of Justice
Drug Enforcement Administration

## REPORT OF INVESTIGATION
*(Continuation)*

| | | |
|---|---|---|
| | 1. File No.  G1-15-0227 | 2. G-DEP Identifier  ███████ |
| | 3. File Title  ███████  ███████ | |
| 4.  Page  7  of  7 | | |
| 5. Program Code  ███████ | 6. Date Prepared  05-11-2015 | |

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

SDFL000012

# EXHIBIT G



## IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT

### IN AND FOR MIAMI- DADE COUNTY, FLORIDA   SPRING TERM, 2015



THE STATE OF FLORIDA  v.

TAITANA ALEJANDRA NARVAEZ

_Defendant(s)_

INFORMATION  FOR

1. ORGANIZED FRAUD/SCHEME TO DEFRAUD/ $50,000 OR MORE
817.034(4)(a)1  FEL. 1D

**FILED**

**JUN 0 9 2015**

**CLERK**

### IN THE NAME AND BY THE AUTHORITY OF THE STATE OF FLORIDA:

**KATHERINE FERNANDEZ RUNDLE,**  State Attorney of the Eleventh Judicial Circuit, prosecuting for the State of Florida, in the County of Miami-Dade, by and through her undersigned Assistant State Attorney, under oath, Information makes that:

CHIMERA,JAMES   :JC  06/05/2015

Circuit Court Direct File

Jail No. 150013102 ,Bkd: 4/20/2015  , CIN: 1145966, W/F, DOB: 11/10/1968

F15008253

Tinkler-Mendez (F016)

*See Amended Info Filed 10-15-15*

(CC#: F15008253)

## COUNT 1

TAITANA ALEJANDRA NARVAEZ, on or between April 10, 2015 and April 17 2015, in the County and State aforesaid,   did unlawfully and feloniously engage in a scheme to defraud as defined by s. 817.034(3)(d), Fla. Stat., by engaging in a systematic, ongoing course of conduct with intent to defraud one or more persons and/or obtain property from one or more persons, to wit:  Annacherry Fajas, Inc. and/or Angelica Riveros, by false or fraudulent pretenses, representations, or promises or willful misrepresentations of a future act, and did thereby obtain property, to wit: girdles, of an aggregate value of fifty thousand dollars ($50,000.00) or more, the property of  Annacherry Fajas, Inc. and/or Angelica Riveros, as owner or custodian, in violation of s. 817.034(4)(a)1, Fla. Stat., contrary to the form of the Statute in such cases made and provided, and against the peace and dignity  of the State of Florida.

(CC#: F15008253)

**STATE OF FLORIDA, COUNTY OF MIAMI-DADE:**

Personally known to me and appeared before me, the Assistant State Attorney of the Eleventh Judicial Circuit of Florida whose signature appears below, being first duly sworn, says that the allegations set forth in this Information are based upon facts which have been sworn to as true by a material witness or witnesses, and which if true, would constitute the offenses therein charged, and that this prosecution is instituted in good faith.

992550

Assistant State Attorney/Bar #:
1350 NW 12th Ave., Miami, FL (305) 547-0100

Sworn to and subscribed before me this 8th day of June, 2015.

By _____
Deputy Clerk for Clerk of the Courts, or
Notary Public

FRANCIS POZO
MY COMMISSION # FF 131385
EXPIRES: June 17, 2018
Bonded Thru Budget Notary Services

# **<u>EXHIBIT H</u>**

## (COMPOSITE)



**U.S. Department of Justice**

Drug Enforcement Administration

| | |
|---|---|
| Asset Id: | 15-DEA-612193 |
| Case Number: | G1-15-0227 |
| Property: | $70,670.00 U.S. Currency |
| Asset Value: | $70,670.00 |
| Seizure Date: | 05/11/2015 |
| Seizure Place: | Miami, FL |
| Owner Name: | Colorado-Echeverry, Wilson Oswaldo |
| Seized From: | Colorado-Echeverry, Wilson Oswaldo |
| Judicial District: | Southern District of Florida |

Wilson Oswaldo Colorado-Echeverry
16237 SW 97th Terrace
Miami, FL 33196

NOTICE MAILING DATE: June 17, 2015

**PERSONAL NOTICE OF SEIZURE**

The above-described property was seized by the Drug Enforcement Administration (DEA) for forfeiture pursuant to **Title 21 United States Code (U.S.C.) Section 881**, because the property was used or acquired as a result of a violation of the Controlled Substances Act (Title 21 U.S.C. Sections 801 et seq.). The seizure date and place, as well as other pertinent information regarding the property are listed above.

Pursuant to Title 18 U.S.C. Section 983, Title 19 U.S.C. Sections 1602-1619, and Title 28 Code of Federal Regulations (C.F.R.) Part 8, procedures to administratively forfeit this property are underway. You may petition the DEA for return of the property or your interest in the property (remission or mitigation), or you may contest the seizure and forfeiture of the property in United States District Court. **You should review the following procedures very carefully.**

**TO REQUEST REMISSION OR MITIGATION OF AN ADMINISTRATIVE FORFEITURE**

If you want to request the remission (**pardon**) or mitigation of the forfeiture, you must file a Petition for Remission or Mitigation of Forfeiture (Petition) with the Forfeiture Counsel of the DEA within thirty (**30**) days of your receipt of this Notice.

The Petition must include proof of your interest in the property and state the facts and circumstances which you believe justify remission or mitigation. The regulations governing the Petition process are set forth in Title 28 C.F.R. Part 9.

**TO CONTEST THE FORFEITURE IN UNITED STATES DISTRICT COURT**

If you want to contest the forfeiture of the seized property in UNITED STATES DISTRICT COURT, you must file a Claim with the Forfeiture Counsel of the DEA by **July 22, 2015.** The Claim need not be made in any particular form (Title 18 U.S.C. Section 983(a)(2)(D) and Title 28 C.F.R. Part 8.10 (c)). The Claim shall identify the specific property being claimed; state the Claimant's interest in such property; and be made under oath, subject to penalty of perjury (Title 18 U.S.C. Section 983(a)(2)(C) and Title 28 C.F.R. Part 8.10(b)(3)). A frivolous Claim may subject the Claimant to a civil fine in an amount equal to ten (10) percent of the value of the forfeited property, but in no event will the fine be less than $250 or greater than $5,000 (Title 18 U.S.C. Section 983(h)). The filing of a valid and timely Claim divests the DEA of jurisdiction to rule on an administrative Petition.

If you file a Claim and a Petition with DEA, the Petition will be returned to you without a ruling. A Petition filed with DEA does not qualify as a Petition in a judicial forfeiture case under Title 28 C.F.R. Part 9.4. Upon the filing of a Claim under Title 18 U.S.C. Section 983(a), a Claimant may request, pursuant to Section 983(f) and Title 28 C.F.R. Part 8.15, release of the seized property during the pendency of the forfeiture proceeding due to hardship. If you wish to contest the forfeiture of the asset, you must comply with the procedures set forth herein. Your failure to do so will result in the termination of your interest in the asset, and may preclude your contesting the forfeiture of the asset in any judicial proceeding - either civil or criminal - even if such a proceeding has already been commenced or is commenced in the future.

**WHERE TO FILE CORRESPONDENCE**

All submissions must be filed with the Forfeiture Counsel, Asset Forfeiture Section, Drug Enforcement Administration, HQs Forfeiture Response, 8701 Morrissette Drive, Springfield, Virginia 22152. **A PETITION, CLAIM, OR OTHER CORRESPONDENCE WILL BE DEEMED FILED WITH THE FORFEITURE COUNSEL, ASSET FORFEITURE SECTION, WHEN RECEIVED BY THE DEA AT THE ADDRESS NOTED ABOVE. MAIL WILL NOT BE ACCEPTED OR CONSIDERED FILED ON WEEKENDS OR FEDERAL HOLIDAYS. SUBMISSIONS BY FACSIMILE OR OTHER ELECTRONIC MEANS WILL NOT BE ACCEPTED.** The Asset ID referenced above must be used with all submissions. Failure to include the Asset ID may cause a delay in processing your submission(s).



**U.S. Department of Justice**

Drug Enforcement Administration

| | |
|---|---|
| Asset Id: | 15-DEA-612193 |
| Case Number: | G1-15-0227 |
| Property: | $70,670.00 U.S. Currency |
| Asset Value: | $70,670.00 |
| Seizure Date: | 05/11/2015 |
| Seizure Place: | Miami, FL |
| Owner Name: | Colorado-Echeverry, Wilson Oswaldo |
| Seized From: | Colorado-Echeverry, Wilson Oswaldo |
| Judicial District: | Southern District of Florida |

Miladis Salgado
16237 SW 97th Terrace
Miami, FL 33196

NOTICE MAILING DATE: June 17, 2015

PERSONAL NOTICE OF SEIZURE

The above-described property was seized by the Drug Enforcement Administration (DEA) for forfeiture pursuant to **Title 21 United States Code (U.S.C.) Section 881**, because the property was used or acquired as a result of a violation of the Controlled Substances Act (Title 21 U.S.C. Sections 801 et seq.). The seizure date and place, as well as other pertinent information regarding the property are listed above.

Pursuant to Title 18 U.S.C. Section 983, Title 19 U.S.C. Sections 1602-1619, and Title 28 Code of Federal Regulations (C.F.R.) Part 8, procedures to administratively forfeit this property are underway. You may petition the DEA for return of the property or your interest in the property (remission or mitigation), or you may contest the seizure and forfeiture of the property in United States District Court. **You should review the following procedures very carefully.**

**TO REQUEST REMISSION OR MITIGATION OF AN ADMINISTRATIVE FORFEITURE**

If you want to request the remission **(pardon)** or mitigation of the forfeiture, you must file a Petition for Remission or Mitigation of Forfeiture (Petition) with the Forfeiture Counsel of the DEA within thirty (30) days of your receipt of this Notice.

The Petition must include proof of your interest in the property and state the facts and circumstances which you believe justify remission or mitigation. The regulations governing the Petition process are set forth in Title 28 C.F.R. Part 9.

**TO CONTEST THE FORFEITURE IN UNITED STATES DISTRICT COURT**

If you want to contest the forfeiture of the seized property in UNITED STATES DISTRICT COURT, you must file a Claim with the Forfeiture Counsel of the DEA by **July 22, 2015**. The Claim need not be made in any particular form (Title 18 U.S.C. Section 983(a)(2)(D) and Title 28 C.F.R. Part 8.10 (c)). The Claim shall identify the specific property being claimed; state the Claimant's interest in such property; and be made under oath, subject to penalty of perjury (Title 18 U.S.C. Section 983(a)(2)(C) and Title 28 C.F.R. Part 8.10(b)(3)). A frivolous Claim may subject the Claimant to a civil fine in an amount equal to ten (10) percent of the value of the forfeited property, but in no event will the fine be less than $250 or greater than $5,000 (Title 18 U.S.C. Section 983(h)). The filing of a valid and timely Claim divests the DEA of jurisdiction to rule on an administrative Petition.

If you file a Claim and a Petition with DEA, the Petition will be returned to you without a ruling. A Petition filed with DEA does not qualify as a Petition in a judicial forfeiture case under Title 28 C.F.R. Part 9.4. Upon the filing of a Claim under Title 18 U.S.C. Section 983(a), a Claimant may request, pursuant to Section 983(f) and Title 28 C.F.R. Part 8.15, release of the seized property during the pendency of the forfeiture proceeding due to hardship. If you wish to contest the forfeiture of the asset, you must comply with the procedures set forth herein. Your failure to do so will result in the termination of your interest in the asset, and may preclude your contesting the forfeiture of the asset in any judicial proceeding - either civil or criminal - even if such a proceeding has already been commenced or is commenced in the future.

**WHERE TO FILE CORRESPONDENCE**

All submissions must be filed with the Forfeiture Counsel, Asset Forfeiture Section, Drug Enforcement Administration, HQs Forfeiture Response, 8701 Morrissette Drive, Springfield, Virginia 22152. A PETITION, CLAIM, OR OTHER CORRESPONDENCE WILL BE DEEMED FILED WITH THE FORFEITURE COUNSEL, ASSET FORFEITURE SECTION, WHEN RECEIVED BY THE DEA AT THE ADDRESS NOTED ABOVE. MAIL WILL NOT BE ACCEPTED OR CONSIDERED FILED ON WEEKENDS OR FEDERAL HOLIDAYS. SUBMISSIONS BY FACSIMILE OR OTHER ELECTRONIC MEANS WILL NOT BE ACCEPTED. The Asset ID referenced above must be used with all submissions. Failure to include the Asset ID may cause a delay in processing your submission(s).



**U.S. Department of Justice**

Drug Enforcement Administration

| | |
|---|---|
| Asset Id: | 15-DEA-612276 |
| Case Number: | G1-15-0227 |
| Property: | Chase Cashier's Check #1178710368, VL: $30,000.00 |
| Account Number: | 1178710368 |
| Asset Value: | $30,000.00 |
| Seizure Date: | 05/11/2015 |
| Seizure Place: | Miami, FL |
| Owner Name: | Colorado-Echeverry, Wilson Oswaldo |
| Seized From: | Colorado-Echeverry, Wilson Oswaldo |
| Judicial District: | Southern District of Florida |

Wilson Oswaldo Colorado-Echeverry
16237 SW 97th Terrace
Miami, FL 33196

NOTICE MAILING DATE: June 18, 2015

### PERSONAL NOTICE OF SEIZURE

The above-described property was seized by the Drug Enforcement Administration (DEA) for forfeiture pursuant to **Title 21 United States Code (U.S.C.) Section 881**, because the property was used or acquired as a result of a violation of the Controlled Substances Act (Title 21 U.S.C. Sections 801 et seq.). The seizure date and place, as well as other pertinent information regarding the property are listed above.

Pursuant to Title 18 U.S.C. Section 983, Title 19 U.S.C. Sections 1602-1619, and Title 28 Code of Federal Regulations (C.F.R.) Part 8, procedures to administratively forfeit this property are underway. You may petition the DEA for return of the property or your interest in the property (remission or mitigation), or you may contest the seizure and forfeiture of the property in United States District Court. **You should review the following procedures very carefully.**

### TO REQUEST REMISSION OR MITIGATION OF AN ADMINISTRATIVE FORFEITURE

If you want to request the remission **(pardon)** or mitigation of the forfeiture, you must file a Petition for Remission or Mitigation of Forfeiture (Petition) with the Forfeiture Counsel of the DEA within thirty **(30)** days of your receipt of this Notice.

The Petition must include proof of your interest in the property and state the facts and circumstances which you believe justify remission or mitigation. The regulations governing the Petition process are set forth in Title 28 C.F.R. Part 9.

### TO CONTEST THE FORFEITURE IN UNITED STATES DISTRICT COURT

If you want to contest the forfeiture of the seized property in UNITED STATES DISTRICT COURT, you must file a Claim with the Forfeiture Counsel of the DEA by **July 23, 2015.** The Claim need not be made in any particular form (Title 18 U.S.C. Section 983(a)(2)(D) and Title 28 C.F.R. Part 8.10 (c)). The Claim shall identify the specific property being claimed; state the Claimant's interest in such property; and be made under oath, subject to penalty of perjury (Title 18 U.S.C. Section 983(a)(2)(C) and Title 28 C.F.R. Part 8.10(b)(3)). A frivolous Claim may subject the Claimant to a civil fine in an amount equal to ten (10) percent of the value of the forfeited property, but in no event will the fine be less than $250 or greater than $5,000 (Title 18 U.S.C. Section 983(h)). The filing of a valid and timely Claim divests the DEA of jurisdiction to rule on an administrative Petition.

If you file a Claim and a Petition with DEA, the Petition will be returned to you without a ruling. A Petition filed with DEA does not qualify as a Petition in a judicial forfeiture case under Title 28 C.F.R. Part 9.4. Upon the filing of a Claim under Title 18 U.S.C. Section 983(a), a Claimant may request, pursuant to Section 983(f) and Title 28 C.F.R. Part 8.15, release of the seized property during the pendency of the forfeiture proceeding due to hardship. If you wish to contest the forfeiture of the asset, you must comply with the procedures set forth herein. Your failure to do so will result in the termination of your interest in the asset, and may preclude your contesting the forfeiture of the asset in any judicial proceeding - either civil or criminal - even if such a proceeding has already been commenced or is commenced in the future.

### WHERE TO FILE CORRESPONDENCE

All submissions must be filed with the **Forfeiture Counsel, Asset Forfeiture Section, Drug Enforcement Administration, HQs Forfeiture Response, 8701 Morrissette Drive, Springfield, Virginia 22152. A PETITION, CLAIM, OR OTHER CORRESPONDENCE WILL BE DEEMED FILED WITH THE FORFEITURE COUNSEL, ASSET FORFEITURE SECTION, WHEN RECEIVED BY THE DEA AT THE ADDRESS NOTED ABOVE. MAIL WILL NOT BE ACCEPTED OR CONSIDERED FILED ON WEEKENDS OR FEDERAL HOLIDAYS. SUBMISSIONS BY FACSIMILE OR OTHER ELECTRONIC MEANS WILL NOT BE ACCEPTED.** The Asset ID referenced above must be used with all submissions. Failure to include the Asset ID may cause a delay in processing your submission(s).



**U.S. Department of Justice**

Drug Enforcement Administration

| | |
|---|---|
| Asset Id: | 15-DEA-612273 |
| Case Number: | G1-15-0227 |
| Property: | Wells Fargo Cashier's Check #6648201039, VL: $101,629.59 |
| Account Number: | 6648201039 |
| Asset Value: | $101,629.59 |
| Seizure Date: | 05/11/2015 |
| Seizure Place: | Miami, FL |
| Owner Name: | Colorado-Echeverry, Wilson Oswaldo |
| Seized From: | Colorado-Echeverry, Wilson Oswaldo |
| Judicial District: | Southern District of Florida |

Wilson Oswaldo Colorado-Echeverry
16237 SW 97th Terrace
Miami, FL 33196

**NOTICE MAILING DATE:** June 18, 2015
**PERSONAL NOTICE OF SEIZURE**

The above-described property was seized by the Drug Enforcement Administration (DEA) for forfeiture pursuant to Title 21 United States Code (U.S.C.) Section 881, because the property was used or acquired as a result of a violation of the Controlled Substances Act (Title 21 U.S.C. Sections 801 et seq.). The seizure date and place, as well as other pertinent information regarding the property are listed above.

Pursuant to Title 18 U.S.C. Section 983, Title 19 U.S.C. Sections 1602-1619, and Title 28 Code of Federal Regulations (C.F.R.) Part 8, procedures to administratively forfeit this property are underway. You may petition the DEA for return of the property or your interest in the property (remission or mitigation), or you may contest the seizure and forfeiture of the property in United States District Court. **You should review the following procedures very carefully.**

**TO REQUEST REMISSION OR MITIGATION OF AN ADMINISTRATIVE FORFEITURE**

If you want to request the remission **(pardon)** or mitigation of the forfeiture, you must file a Petition for Remission or Mitigation of Forfeiture (Petition) with the Forfeiture Counsel of the DEA within thirty (30) days of your receipt of this Notice.

The Petition must include proof of your interest in the property and state the facts and circumstances which you believe justify remission or mitigation. The regulations governing the Petition process are set forth in Title 28 C.F.R. Part 9.

**TO CONTEST THE FORFEITURE IN UNITED STATES DISTRICT COURT**

If you want to contest the forfeiture of the seized property in UNITED STATES DISTRICT COURT, you must file a Claim with the Forfeiture Counsel of the DEA by **July 23, 2015.** The Claim need not be made in any particular form (Title 18 U.S.C. Section 983(a)(2)(D) and Title 28 C.F.R. Part 8.10 (c)). The Claim shall identify the specific property being claimed; state the Claimant's interest in such property; and be made under oath, subject to penalty of perjury (Title 18 U.S.C. Section 983(a)(2)(C) and Title 28 C.F.R. Part 8.10(b)(3)). A frivolous Claim may subject the Claimant to a civil fine in an amount equal to ten (10) percent of the value of the forfeited property, but in no event will the fine be less than $250 or greater than $5,000 (Title 18 U.S.C. Section 983(h)). The filing of a valid and timely Claim divests the DEA of jurisdiction to rule on an administrative Petition.

If you file a Claim and a Petition with DEA, the Petition will be returned to you without a ruling. A Petition filed with DEA does not qualify as a Petition in a judicial forfeiture case under Title 28 C.F.R. Part 9.4. Upon the filing of a Claim under Title 18 U.S.C. Section 983(a), a Claimant may request, pursuant to Section 983(f) and Title 28 C.F.R. Part 8.15, release of the seized property during the pendency of the forfeiture proceeding due to hardship. If you wish to contest the forfeiture of the asset, you must comply with the procedures set forth herein. Your failure to do so will result in the termination of your interest in the asset, and may preclude your contesting the forfeiture of the asset in any judicial proceeding - either civil or criminal - even if such a proceeding has already been commenced or is commenced in the future.

**WHERE TO FILE CORRESPONDENCE**

All submissions must be filed with the Forfeiture Counsel, Asset Forfeiture Section, Drug Enforcement Administration, HQs Forfeiture Response, 8701 Morrissette Drive, Springfield, Virginia 22152. A PETITION, CLAIM, OR OTHER CORRESPONDENCE WILL BE DEEMED FILED WITH THE FORFEITURE COUNSEL, ASSET FORFEITURE SECTION, WHEN RECEIVED BY THE DEA AT THE ADDRESS NOTED ABOVE. MAIL WILL NOT BE ACCEPTED OR CONSIDERED FILED ON WEEKENDS OR FEDERAL HOLIDAYS. SUBMISSIONS BY FACSIMILE OR OTHER ELECTRONIC MEANS WILL NOT BE ACCEPTED. The Asset ID referenced above must be used with all submissions. Failure to include the Asset ID may cause a delay in processing your submission(s).



**U.S. Department of Justice**

Drug Enforcement Administration

| | |
|---|---|
| Asset Id: | 15-DEA-612276 |
| Case Number: | G1-15-0227 |
| Property: | Chase Cashier's Check #1178710368, VL: $30,000.00 |
| Account Number: | 1178710368 |
| Asset Value: | $30,000.00 |
| Seizure Date: | 05/11/2015 |
| Seizure Place: | Miami, FL |
| Owner Name: | Colorado-Echeverry, Wilson Oswaldo |
| Seized From: | Colorado-Echeverry, Wilson Oswaldo |
| Judicial District: | Southern District of Florida |

Miladis Salgado
16237 SW 97th Terrace
Miami, FL 33196

NOTICE MAILING DATE: June 18, 2015
### PERSONAL NOTICE OF SEIZURE

The above-described property was seized by the Drug Enforcement Administration (DEA) for forfeiture pursuant to **Title 21 United States Code (U.S.C.) Section 881,** because the property was used or acquired as a result of a violation of the Controlled Substances Act (Title 21 U.S.C. Sections 801 et seq.). The seizure date and place, as well as other pertinent information regarding the property are listed above.

Pursuant to Title 18 U.S.C. Section 983, Title 19 U.S.C. Sections 1602-1619, and Title 28 Code of Federal Regulations (C.F.R.) Part 8, procedures to administratively forfeit this property are underway. You may petition the DEA for return of the property or your interest in the property (remission or mitigation), or you may contest the seizure and forfeiture of the property in United States District Court. **You should review the following procedures very carefully.**

### TO REQUEST REMISSION OR MITIGATION OF AN ADMINISTRATIVE FORFEITURE

If you want to request the remission **(pardon)** or mitigation of the forfeiture, you must file a Petition for Remission or Mitigation of Forfeiture (Petition) with the Forfeiture Counsel of the DEA within thirty **(30)** days of your receipt of this Notice.

The Petition must include proof of your interest in the property and state the facts and circumstances which you believe justify remission or mitigation. The regulations governing the Petition process are set forth in Title 28 C.F.R. Part 9.

### TO CONTEST THE FORFEITURE IN UNITED STATES DISTRICT COURT

If you want to contest the forfeiture of the seized property in UNITED STATES DISTRICT COURT, you must file a Claim with the Forfeiture Counsel of the DEA by **July 23, 2015.** The Claim need not be made in any particular form (Title 18 U.S.C. Section 983(a)(2)(D) and Title 28 C.F.R. Part 8.10 (c)). The Claim shall identify the specific property being claimed; state the Claimant's interest in such property; and be made under oath, subject to penalty of perjury (Title 18 U.S.C. Section 983(a)(2)(C) and Title 28 C.F.R. Part 8.10(b)(3)). A frivolous Claim may subject the Claimant to a civil fine in an amount equal to ten (10) percent of the value of the forfeited property, but in no event will the fine be less than $250 or greater than $5,000 (Title 18 U.S.C. Section 983(h)). The filing of a valid and timely Claim divests the DEA of jurisdiction to rule on an administrative Petition.

If you file a Claim and a Petition with DEA, the Petition will be returned to you without a ruling. A Petition filed with DEA does not qualify as a Petition in a judicial forfeiture case under Title 28 C.F.R. Part 9.4. Upon the filing of a Claim under Title 18 U.S.C. Section 983(a), a Claimant may request, pursuant to Section 983(f) and Title 28 C.F.R. Part 8.15, release of the seized property during the pendency of the forfeiture proceeding due to hardship. If you wish to contest the forfeiture of the asset, you must comply with the procedures set forth herein. Your failure to do so will result in the termination of your interest in the asset, and may preclude your contesting the forfeiture of the asset in any judicial proceeding - either civil or criminal - even if such a proceeding has already been commenced or is commenced in the future.

### WHERE TO FILE CORRESPONDENCE

All submissions must be filed with the Forfeiture Counsel, Asset Forfeiture Section, Drug Enforcement Administration, HQs Forfeiture Response, 8701 Morrissette Drive, Springfield, Virginia 22152. **A PETITION, CLAIM, OR OTHER CORRESPONDENCE WILL BE DEEMED FILED WITH THE FORFEITURE COUNSEL, ASSET FORFEITURE SECTION, WHEN RECEIVED BY THE DEA AT THE ADDRESS NOTED ABOVE. MAIL WILL NOT BE ACCEPTED OR CONSIDERED FILED ON WEEKENDS OR FEDERAL HOLIDAYS. SUBMISSIONS BY FACSIMILE OR OTHER ELECTRONIC MEANS WILL NOT BE ACCEPTED.** The Asset ID referenced above must be used with all submissions. Failure to include the Asset ID may cause a delay in processing your submission(s).



**U.S. Department of Justice**

Drug Enforcement Administration

| Asset Id: | '15-DEA-612273 |
|---|---|
| Case Number: | G1-15-0227 |
| Property: | Wells Fargo Cashier's Check #6648201039, VL: $101,629.59 |
| Account Number: | 6648201039 |
| Asset Value: | $101,629.59 |
| Seizure Date: | 05/11/2015 |
| Seizure Place: | Miami, FL |
| Owner Name: | Colorado-Echeverry, Wilson Oswaldo |
| Seized From: | Colorado-Echeverry, Wilson Oswaldo |
| Judicial District: | Southern District of Florida |

Miladis Salgado
16237 SW 97th Terrace
Miami, FL 33196

NOTICE MAILING DATE: June 18, 2015
PERSONAL NOTICE OF SEIZURE

The above-described property was seized by the Drug Enforcement Administration (DEA) for forfeiture pursuant to **Title 21 United States Code (U.S.C.) Section 881**, because the property was used or acquired as a result of a violation of the Controlled Substances Act (Title 21 U.S.C. Sections 801 et seq.). The seizure date and place, as well as other pertinent information regarding the property are listed above.

Pursuant to Title 18 U.S.C. Section 983, Title 19 U.S.C. Sections 1602-1619, and Title 28 Code of Federal Regulations (C.F.R.) Part 8, procedures to administratively forfeit this property are underway. You may petition the DEA for return of the property or your interest in the property (remission or mitigation), or you may contest the seizure and forfeiture of the property in United States District Court. **You should review the following procedures very carefully.**

### TO REQUEST REMISSION OR MITIGATION OF AN ADMINISTRATIVE FORFEITURE

If you want to request the remission **(pardon)** or mitigation of the forfeiture, you must file a Petition for Remission or Mitigation of Forfeiture (Petition) with the Forfeiture Counsel of the DEA within thirty (30) days of your receipt of this Notice.

The Petition must include proof of your interest in the property and state the facts and circumstances which you believe justify remission or mitigation. The regulations governing the Petition process are set forth in Title 28 C.F.R. Part 9.

### TO CONTEST THE FORFEITURE IN UNITED STATES DISTRICT COURT

If you want to contest the forfeiture of the seized property in UNITED STATES DISTRICT COURT, you must file a Claim with the Forfeiture Counsel of the DEA by **July 23, 2015**. The Claim need not be made in any particular form (Title 18 U.S.C. Section 983(a)(2)(D) and Title 28 C.F.R. Part 8.10 (c)). The Claim shall identify the specific property being claimed; state the Claimant's interest in such property; and be made under oath, subject to penalty of perjury (Title 18 U.S.C. Section 983(a)(2)(C) and Title 28 C.F.R. Part 8.10(b)(3)). A frivolous Claim may subject the Claimant to a civil fine in an amount equal to ten (10) percent of the value of the forfeited property, but in no event will the fine be less than $250 or greater than $5,000 (Title 18 U.S.C. Section 983(h)). The filing of a valid and timely Claim divests the DEA of jurisdiction to rule on an administrative Petition.

If you file a Claim and a Petition with DEA, the Petition will be returned to you without a ruling. A Petition filed with DEA does not qualify as a Petition in a judicial forfeiture case under Title 28 C.F.R. Part 9.4. Upon the filing of a Claim under Title 18 U.S.C. Section 983(a), a Claimant may request, pursuant to Section 983(f) and Title 28 C.F.R. Part 8.15, release of the seized property during the pendency of the forfeiture proceeding due to hardship. If you wish to contest the forfeiture of the asset, you must comply with the procedures set forth herein. Your failure to do so will result in the termination of your interest in the asset, and may preclude your contesting the forfeiture of the asset in any judicial proceeding - either civil or criminal - even if such a proceeding has already been commenced or is commenced in the future.

### WHERE TO FILE CORRESPONDENCE

All submissions must be filed with the **Forfeiture Counsel, Asset Forfeiture Section, Drug Enforcement Administration, HQs Forfeiture Response, 8701 Morrissette Drive, Springfield, Virginia 22152. A PETITION, CLAIM, OR OTHER CORRESPONDENCE WILL BE DEEMED FILED WITH THE FORFEITURE COUNSEL, ASSET FORFEITURE SECTION, WHEN RECEIVED BY THE DEA AT THE ADDRESS NOTED ABOVE. MAIL WILL NOT BE ACCEPTED OR CONSIDERED FILED ON WEEKENDS OR FEDERAL HOLIDAYS. SUBMISSIONS BY FACSIMILE OR OTHER ELECTRONIC MEANS WILL NOT BE ACCEPTED. The Asset ID** referenced above must be used with all submissions. **Failure to include the Asset ID may cause a delay in processing your submission(s).**

# EXHIBIT I

(COMPOSITE)



IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT

IN AND FOR MIAMI- DADE COUNTY, FLORIDA   SPRING TERM, 2015

THE STATE OF FLORIDA  v.

TATIANA ALEJANDRA NARVAEZ -CAICEDO

Defendant(s)

INFORMATION  FOR

1. ORGANIZED FRAUD - SCHEME TO DEFRAUD/ $20,000 OR LESS
   817.034(4)(A)3 FEL. 3D

FILED

DEC 15 2015

CLERK

IN THE NAME AND BY THE AUTHORITY OF THE STATE OF FLORIDA

KATHERINE FERNANDEZ RUNDLE,  State Attorney of the Eleventh Judicial Circuit, prosecuting for the State of Florida, in the County of Miami-Dade, by and through her undersigned Assistant State Attorney, under oath, Information makes that:

KOSTRZEWSKI,WILLIAM J.   :SR  12/09/2015
AMENDED INFORMATION
Jail No. 150013102 ,Bkd: 4/20/2015  , CIN: 1145966, W/F, DOB: 11/10/1968

F15008253

Tinkler-Mendez (F016)

CC#: F15008253)

## COUNT 1

TATIANA ALEJANDRA NARVAEZ -CAICEDO, on or between April 10, 2015 and April 17, 2015, in the County and State aforesaid,   did unlawfully and feloniously engage in a scheme to defraud as defined by s. 817.034(3)(d), by engaging in a systematic, ongoing course of conduct with intent to defraud one or more persons, and/or  obtain property from one or more persons, to wit:  ANN CHERY FAJAS USA, INC., AND/OR ANGELICA RIVEROS, by false or fraudulent pretenses, representations, or promises or willful misrepresentations of a future act, and did thereby obtain property, to wit:  GIRDLES, of an aggregate value of less than twenty thousand dollars ($20,000.00), the property of  ANN CHERY FAJAS USA, INC., AND/OR ANGELICA RIVEROS, as owner or custodian, in violation of s. 817.034(4)(a)3 and s. 777.011, Fla. Stat., contrary to the form of the Statute in such cases  made and provided, and against the peace and dignity  of the State of Florida.

*#: F15008253)*

**STATE OF FLORIDA, COUNTY OF MIAMI-DADE:**

Personally known to me and appeared before me, the Assistant State Attorney of the Eleventh Judicial Circuit of Florida whose signature appears below, being first duly sworn, says that the allegations set forth in this Information are based upon facts which have been sworn to as true by a material witness or witnesses, and which if true, would constitute the offenses therein charged, and that this prosecution is instituted in good faith.

Assistant State Attorney/Bar #: 7U553U

1350 NW 12th Ave., Miami, FL   (305) 547-0100

Sworn to and subscribed before me this ___9th___ day of ___Devnbr___, ___2015___



By ___E Gonsoles___

Deputy Clerk for Clerk of the Courts, or ~~Notary Public~~

OFFICE OF THE STATE ATTORNEY
ELEVENTH JUDICIAL CIRCUIT

KATHERINE FERNANDEZ RUNDLE
STATE ATTORNEY



INTEROFFICE MEMORANDUM

TO:     Karen Howard-Stuckey          DATE:  12/8/15
        Office of the Clerk of Courts

FROM:   Barbara Pelaez                RE:    Charge Disposition
        Supervisor, Case Processing Center

## CHARGE DISPOSITION SHEET

Defendant Name:  Tatiana Alejandra Narvaez-Caicedo        Case#: F15-8253

ASA Name:  William J. Kostrzewski                         Judge:  Tinkler-Mendez

| ORIGINAL CHARGES | CHARGE FILE/DISPOSITION |
|---|---|
| 1. Organized Scheme to Defraud, 1st Degree | 1. nolle prosse |
| 2. Add | 2. Organized Scheme to Defraud, 3rd Degree |
| 3. | 3. |
| 4. | 4. |
| 5. | 5. |
| 6. | 6. |
| 7. | 7. |
| 8. | 8. |
| 9. | 9. |
| 10. | 10. |
| 11. | 11. |

**EXTRADITION CODE: 01**

0557 - F:\Narvaez\Charge Disposition Memo-20151109.Docx|WK        Please Recycle        Tatiana Alejandra Narvaez-Caicedo|F15-8253

# **<u>EXHIBIT J</u>**

IN THE CIRCUIT AND COUNTY COURTS OF THE ELEVENTH JUDICIAL CIRCUIT OF FLORIDA

IN AND FOR MIAMI-DADE COUNTY

    I, HARVEY RUVIN, CLERK OF THE CIRCUIT AND COUNTY COURT OF THE ELEVENTH JUDICIAL CIRCUIT OF FLORIDA, IN AND FOR MIAMI-DADE COUNTY, DO HEREBY CERTIFY THAT A DILIGENT EXAMINATION OF THE FELONY, MISDEMEANOR AND NON CRIMINAL VIOLATION FILES AND RECORDS IN MY OFFICE REGARDING:

        NAME: NARVAEZ-CAICEDO, TATIANA ALEJANDRA
        DATE OF BIRTH: 11/10/1968
        RACE:  WHITE      SEX:  FEMALE
        YEARS RESEARCHED:  2015 - 2015

INDICATES THE FOLLOWING:

| CASE NUMBER | CITATION/<br>ARREST /<br>FILE<br>DATE | CHARGES | DISPOSITION | DISPO DATE |
|---|---|---|---|---|
| **************************************************************************************** | | | | |
| NARVAEZ-CAICEDO, TATIANA ALEJANDRA | | | | |
| F15008253 | 04/20/2015 | ORGANIZED FRAUD/50K+ | NOLLE PROS | 12/15/2015 |
| | | ORGANIZED FRD/0-20K | NOLLE PROS-COMP PT | 01/03/2017 |
| **************************************************************************************** | | | | |

    PURSUANT TO FLORIDA RULES OF COURT, RULE 2.430, COURT RECORDS THAT ARE NOT PERMANENTLY RECORDED MAY BE UNAVAILABLE, OR DISPOSED OF BY THE CLERK, IN ACCORDANCE WITH THE APPLICABLE RETENTION SCHEDULE REQUIRED BY SAID RULE. (10 YEARS FOR FELONY, MISDEMEANOR AND CRIMINAL TRAFFIC VIOLATIONS IN WHICH THE DEFENDANT WAS ADJUDICATED NOT GUILTY).
PLEASE SEE FLORIDA RULES OF COURT, RULE 2.430, FOR A COMPLETE LISTING OF RECORDS RETENTION REQUIREMENTS.

    WITNESS MY HAND AND THE SEAL OF THE COURT AT MIAMI, MIAMI-DADE COUNTY, FLORIDA, THIS 12 DAY OF  JANUARY, 2017.

                        HARVEY RUVIN, CLERK
                        CIRCUIT AND COUNTY COURTS
                        IN AND FOR MIAMI-DADE COUNTY, FLORIDA

PAGE: 001                        BY:

                          DEPUTY CLERK
                      Deputy Clerk of the Circuit Court
                      of the Eleventh Judicial Circuit
                      of Florida, in and for Dade County

# <u>EXHIBIT K</u>

## (COMPOSITE)

CFN: 20150794119 BOOK 29891 PAGE 413
DATE 12/16/2015 11:31:37 AM
HARVEY RUVIN, CLERK OF COURT, MIA-DADE

IN THE CIRCUIT COURT FOR
THE ELEVENTH JUDICIAL
CIRCUIT IN AND FOR MIAMI-
DADE COUNTY, FLORIDA

ANNCHERY FAJAS USA, INC., a Florida )
corporation, )
) GENERAL JURISDICTION DIVISION
)
        Plaintiff, ) CASE NO.: 2015-009539-CA-05
)
v. )
)
TATIANA ALEJANDRA NARVAEZ- )
CAICEDO, individually; WILSON )
COLORADO, individually; KURVAS )
SECRET BY W, INC., a Florida corporation; )
WILMER OCAMPO, individually; and )
WILMER OCAMPO INVESTMENTS )
CORP., a Florida corporation, )
)
        Defendants. )
                                  )

### CONSENT FINAL JUDGMENT
### AS TO DEFENDANT TATIANA ALEJANDRA NARVAEZ-CAICEDO

**THIS CAUSE** came before the Court on the *Stipulation for Entry of Consent
Final Judgment as to Defendant Tatiana Alejandra Narvaez-Caicedo and for Dismissal.*
The Court having reviewed the Stipulation and the record in this action, being advised of
the agreement of the parties as to the entry of this Consent Final Judgment, and being
fully advised in the premises, finds that:

    1.    On April 28, 2015, Plaintiff AnnChery Fajas USA, Inc. ("**AnnChery**")
commenced a civil action styled *AnnChery Fajas USA, Inc. v. Narvaez-Caicedo, et al.*,
Case No. 2015-009539-CA-05, in the Circuit Court for the Eleventh Judicial Circuit in
and for Miami-Dade County, Florida (the "**Civil Action**") to obtain an emergency
injunction and other relief against Defendants Tatiana Alejandra Narvaez-Caicedo
("**Narvaez-Caicedo**"), Wilson Colorado, Kurvas Secret By W, Inc., Wilmer Ocampo,
and Wilmer Ocampo Investments Corp., arising from an alleged scheme to defraud
AnnChery and to steal thousands of AnnChery's high-quality luxury garments,
including, among other things, waist cinchers, hourglass body shapers, and powernet
body girdles (the "**Designer Fajas**").

Miami-Dade Official Records - Print Document

CFN: 20150794119 BOOK 29891 PAGE 4136
CASE NO.: 2015-009539-CA-05

2.      On September 3, 2015, AnnChery filed its Second Amended Complaint asserting claims against the Defendants for (i) Injunctive Relief; (ii) Breach of Fiduciary Duty (as to defendant Narvaez-Caicedo); (iii) Aiding and Abetting Breach of Fiduciary Duty (as to defendants Colorado and Ocampo); (iv) Civil Conspiracy; (v) Constructive Fraud; (vi) Conversion; (vii) Tortious Interference with Business Relationship; (viii) Violation of Florida Deceptive and Unfair Trade Practice Act; and (ix) Unjust Enrichment.

3.      Defendant Narvaez-Caicedo has provided sworn testimony in the Civil Action and has consented to the entry of a final judgment in favor of AnnChery and against Narvaez-Caicedo in the amount of $350,000.00, plus interest at the prevailing legal rate of interest. Defendant Narvaez-Caicedo has acknowledged and agreed that this Consent Final Judgment arises from certain acts that constitute cause to deny discharge pursuant to Section 523(a) of the Bankruptcy Code, 11 U.S.C. 523(a).

4.      Defendant Narvaez-Caicedo has agreed to cooperate and make herself available for meetings and/or interviews, and to meet with counsel for AnnChery and/or representatives of AnnChery in order to provide full and candid disclosure of information that Narvaez-Caicedo possesses, including, without limitation, information with respect to any and all matters relevant to the allegations asserted by AnnChery in the Civil Action.

5.      Defendant Narvaez-Caicedo has agreed to provide sworn statements, including by deposition, to AnnChery as part of AnnChery's investigation and prosecution of the Civil Action including, without limitation, with respect to any and all matters relevant to the allegations asserted by AnnChery in the Civil Action.

**ACCORDINGLY, IT IS ORDERED AND ADJUDGED:**

1.      As to Counts I, II, IV, V, VI, VII, VIII and IX of the Second Amended Complaint, Judgment is hereby entered in favor of Plaintiff AnnChery Fajas USA, Inc. (whose address is 11231 NW 20th Street, Suite 130-131, Miami, Florida 33172 and c/o Luis Salazar, Esq., SALAZAR JACKSON, LLP, 2000 Ponce de Leon Boulevard, Penthouse Suite, Coral Gables, Florida 33134) and against Defendant Tatiana Alejandra Narvaez-Caicedo (whose address is 8401 SW 107th Avenue, Apt. 201E, Miami, Florida 33173 and c/o Nora Rotella, Esq., ROTELLA & HERNANDEZ, LLC, 10691 North Kendall Drive,

2

CFN: 20150794119 BOOK 29891 PAGE 4137
CASE NO.: 2015-009539-CA-05

Suite 210, Miami, Florida 33176), in the amount of $350,000.00, which shall bear interest at the statutory rate, for which let execution issue. Each party shall bear their own attorneys' fees and costs.

2. Defendant Narvaez-Caicedo shall cooperate and make herself available for meetings and/or interviews, and to meet with counsel for AnnChery and/or representatives of AnnChery in order to provide full and candid disclosure of information that Narvaez-Caicedo possesses, including, without limitation, information with respect to any and all matters relevant to the allegations asserted by AnnChery in the Civil Action.

3. Defendant Narvaez-Caicedo shall provide sworn statements, including by deposition, to AnnChery as part of AnnChery's investigation and prosecution of the Civil Action including, without limitation, with respect to any and all matters relevant to the allegations asserted by AnnChery in the Civil Action.

4. Defendant Narvaez-Caicedo shall complete, *under oath*, Florida Rule of Civil Procedure Form 1.977 (Fact Information Sheet) attached hereto as **Exhibit "A,"** including, without limitation, all required attachments and serve same upon counsel for AnnChery within 45 days from the date of this Consent Final Judgment, unless the judgment is satisfied or post-judgment discovery is stayed.

5. This Consent Final Judgment arises from certain acts that constitute cause to deny discharge pursuant to Section 523(a) of the Bankruptcy Code, 11 U.S.C. 523(a).

6. The Court reserves jurisdiction to enter further orders that are proper, including, without limitation, to compel completion of Form 1.977, including all required attachments, and serve it on the judgment creditor's attorney.

3

CFN: 20150794119 BOOK 29891 PAGE 4138
CASE NO.: 2015-009539-CA-05

DONE AND ORDERED in Chambers at Miami-Dade County, Florida, on
12/15/15.

_____
JOHN SCHLESINGER
CIRCUIT COURT JUDGE

```
No Further Judicial Action Required on THIS
                    MOTION
    CLERK TO RECLOSE CASE IF POST
                  JUDGMENT
```

The parties served with this Order are indicated in the accompanying 11th
Circuit email confirmation which includes all emails provided by the submitter.
The movant shall IMMEDIATELY serve a true and correct copy of this Order, by
mail, facsimile, email or hand-delivery, to all parties/counsel of record for whom
service is not indicated by the accompanying 11th Circuit confirmation, and file
proof of service with the Clerk of Court.

Signed original order sent electronically to the Clerk of Courts for filing in the
Court file.

Copies furnished to:

**Luis Salazar, Esq.**
**Araceli S. Aguilar, Esq.**
SALAZAR JACKSON, LLP
2000 Ponce de Leon Boulevard, Penthouse
Coral Gables, Florida 33134
Salazar@SalazarJackson.com; Aguilar@SalazarJackson.com;
Davila@SalazarJackson.com; Lee-Sin@SalazarJackson.com;
Pacetti@SalazarJackson.com

**Nora Rotella, Esq.**
ROTELLA & HERNANDEZ, LLC
10691 North Kendall Drive, Suite 210
Miami, Florida 33176
norarotellaesq@gmail.com; nr@miaesq.com; nrotella7@hotmail.com

**Mauricio Padilla, Esq.**

4

CFN: 20150794119 BOOK 29891 PAGE 4139
CASE NO.: 2015-009539-CA-05

PADILLA LAW
2333 Brickell Avenue, Suite A-1
Miami, Florida 33129
mp@miaesq.com; mauriciopadillaesq@gmail.com

5

CFN: 20150794092 BOOK 29891 PAGE 403
DATE:12/16/2015 11:28:22 AM
HARVEY RUVIN, CLERK OF COURT, MIA-DADE

IN THE CIRCUIT COURT FOR
THE ELEVENTH JUDICIAL
CIRCUIT IN AND FOR MIAMI-
DADE COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

ANNCHERY FAJAS USA, INC., a Florida ) CASE NO.: 2015-009539-CA-05
corporation, )
 )
 )
  Plaintiff, )
v. )
 )
TATIANA ALEJANDRA NARVAEZ- )
CAICEDO, individually; WILSON )
COLORADO, individually; KURVAS )
SECRET BY W, INC., a Florida corporation; )
WILMER OCAMPO, individually; and )
WILMER OCAMPO INVESTMENTS )
CORP., a Florida corporation, )
 )
  Defendants. )
_____ )

### ORDER OF DISMISSAL AS TO DEFENDANT TATIANA ALEJANDRA NARVAEZ-CAICEDO

  **THIS CAUSE** having come before the Court upon consideration of the *Stipulation
for Consent Final Judgment as to Defendant Tatiana Alejandra Narvaez-Caicedo and for
Dismissal* between Plaintiff AnnChery Fajas USA, Inc. and Defendant Tatiana Alejandra
Narvaez-Caicedo and the Court having reviewed the record in this case, having been
advised of the agreement between the parties, and being otherwise fully advised in the
premises, it is

  **ORDERED** and **ADJUDGED** as follows:

  1. The above-styled cause be and the same is hereby dismissed as to
Defendant Tatiana Alejandra Narvaez-Caicedo based upon the amicable resolution reached
by and between Plaintiff AnnChery Fajas USA, Inc. and Defendant Tatiana Alejandra
Narvaez-Caicedo herein.

CFN: 20150794092 BOOK 29891 PAGE 4035

CASE NO.: 2015-009539-CA-05

DONE AND ORDERED in Chambers at Miami-Dade County, Florida, on 12/15/15.

JOHN SCHLESINGER
CIRCUIT COURT JUDGE

> **No Further Judicial Action Required on THIS MOTION**
> **CLERK TO RECLOSE CASE IF POST JUDGMENT**

The parties served with this Order are indicated in the accompanying 11th Circuit email confirmation which includes all emails provided by the submitter. The movant shall IMMEDIATELY serve a true and correct copy of this Order, by mail, facsimile, email or hand-delivery, to all parties/counsel of record for whom service is not indicated by the accompanying 11th Circuit confirmation, and file proof of service with the Clerk of Court.

Signed original order sent electronically to the Clerk of Courts for filing in the Court file.

Copies furnished to:

**Luis Salazar, Esq.**
**Araceli S. Aguilar, Esq.**
SALAZAR JACKSON, LLP
2000 Ponce de Leon Boulevard, Penthouse
Coral Gables, Florida 33134
Salazar@SalazarJackson.com; Aguilar@SalazarJackson.com;
Davila@SalazarJackson.com; Lee-Sin@SalazarJackson.com;
Pacetti@SalazarJackson.com

**Nora Rotella, Esq.**
ROTELLA & HERNANDEZ, LLC
10691 North Kendall Drive, Suite 210
Miami, Florida 33176
norarotellaesq@gmail.com; nr@miaesq.com; nrotella7@hotmail.com

**Mauricio Padilla, Esq.**

2

CFN: 20150794092 BOOK 29891 PAGE 4036

CASE NO.: 2015-009539-CA-05

PADILLA LAW
2333 Brickell Avenue, Suite A-1
Miami, Florida 33129
mp@miaesq.com; mauriciopadillaesq@gmail.com

3

# <u>EXHIBIT L</u>

## (COMPOSITE)

IN THE CIRCUIT COURT FOR
THE ELEVENTH JUDICIAL
CIRCUIT IN AND FOR MIAMI-
DADE COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

ANNCHERY FAJAS USA, INC., a Florida    )   CASE NO.: 2015-009539-CA-05
corporation,                            )
                                        )
            Plaintiff,                  )
                                        )
v.                                      )
                                        )
TATIANA ALEJANDRA NARVAEZ-              )
CAICEDO, individually; WILSON           )
COLORADO, individually; KURVAS          )
SECRET BY W, INC., a Florida corporation; )
WILMER OCAMPO, individually; and        )
WILMER OCAMPO INVESTMENTS               )
CORP., a Florida corporation,           )
                                        )
            Defendants.                 )
                                        )
_____ )

### ORDER ON PLAINTIFF ANNCHERY FAJAS USA, INC. MOTION FOR AN ORDER: (I) HOLDING DEFENDANTS WILSON COLORADO AND KURVAS SECRET BY W, INC. IN CONTEMPT OF COURT; AND (II) AWARDING SANCTIONS FOR CONCEALMENT AND SPOLIATION OF EVIDENCE

**THIS CAUSE** came before the Court on November 16, 2016 upon Plaintiff Annchery Fajas USA, Inc.'s ("**AnnChery**") *Motion for an Order: (I) Holding Defendants Wilson Colorado and Kurvas Secret By W, Inc. in Contempt of Court; and (II) Awarding Sanctions for Concealment and Spoliation of Evidence* (the "**Motion**"). The Court having reviewed the Motion and record in this case, having heard argument of counsel, and being otherwise advised in the premises, it is for the reasons stated on the record!

**ORDERED** and **ADJUDGED** as follows:

1, The Motion is GRANTED.

CASE NO.: 2015-009539-CA-05

2. The Court hereby strikes the Defendant Colorado and/Kurvas' Answer and Affirmative Defenses.

3. The Court hereby enters judgment in favor of plaintiff against Defendants Colorado and Kurvas on all counts of the Second Amended Complaint.

4. The Court finds that the Defendants actions were deliberate and willful.

5. The Court reserves on damages and attorneys fees.

2

CASE NO.: 2015-009539-CA-05

**DONE AND ORDERED** in Chambers at Miami-Dade County, Florida this
_____ day of ~~NOV 18 2016~~ , 2016.

HONORABLE JOHN SCHLESINGER
Circuit Court Judge

John Schlesinger
Circuit Court Judge

**Copies furnished to:**

**Luis Salazar, Esq. and Celi S. Aguilar, Esq.**
SALAZAR JACKSON, LLP, 2000 Ponce de Leon Boulevard, Penthouse, Coral Gables, Florida
33134; Emails: Salazar@SalazarJackson.com; Aguilar@SalazarJackson.com;
Davila@SalazarJackson.com; Lee-Sin@SalazarJackson.com

**Nora Rotella, Esq.**
ROTELLA & HERNANDEZ, LLC, 10637 North Kendall Drive, Suite 7F, Miami, Florida 33176;
Emails: norarotellaesq@gmail.com; nr@miaesq.com; nrotella7@hotmail.com

**Mauricio Padilla, Esq.**
PADILLA LAW, 2333 Brickell Avenue, Suite A-1, Miami, Florida   33129; Emails:
mp@miaesq.com; mauriciopadillaesq@gmail.com

3

# EXHIBIT M

1

```
 1                      UNITED STATES DISTRICT COURT
                        SOUTHERN DISTRICT OF FLORIDA
 2

 3                      CASE NO. 15 V 23616 DPG

 4

 5   UNITED STATES OF AMERICA,

 6        Plaintiff,

 7   vs.

 8   $70,670.00 IN U.S. CURRENCY,
     $101,629.59 IN U.S. CURRENCY
 9   SEIZED FROM WELLS FARGO BANK
     CASHIER'S CHECK NO. 6648201039,
10   AND $30,000 IN U.S. CURRENCY
     SEIZED FROM CHASE BANK
11   CASHIER'S CHECK NO. 117810368

12        Defendants In Rem.
     _____/
13

14

15                      2333 Brickell Avenue
                        Suite A-1
16                      Miami, Florida  33129
                        Tuesday, September 27, 2016
17                      1:20 p.m. - 3:53 p.m.

18

19            D E P O S I T I O N

20                     of

21              JOSE MANTILLA

22

23        Taken by the Defendants before ZOILI ALONSO, Court

24   Reporter in and for the State of Florida at Large,

25   pursuant to Notice of Taking Deposition issued herein.
```

COPY

2

1                              APPEARANCES

2

3        UNITED STATES ATTORNEY'S OFFICE
         NALINA SOMBUNTHAM, ASSISTANT UNITED STATES ATTORNEY
4        99 N.E. 4th Street
         7th Floor
5        Miami, Florida  33132
         On behalf of Plaintiff.
6

7        BERRIO & BERRIO, P.A.
         JUAN D. BERRIO, ESQ.,
8        2333 Brickell Avenue
         Suite A-1
9        Miami, Florida  33129
         On behalf of Defendants.
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

ZOILI ALONSO
786-385-4731

76

1     Q     Do you have — have you identified any

2  transaction, drug transaction, that generated the

3  $55,000, the $55,000 that were recovered in this

4  case?

5     A     No.

6     Q     How about the two cashier's checks.  Have

7  you identified any drug transaction where those —

8  that generated those two cashier's checks?

9     A     No.

10    Q     Have you identified or associated Wilson

11 Colorado with any Mexican cartel?

12    A     No.

13    Q     Have you found any evidence showing that

14 Wilson Colorado moved $450,000 from drug proceeds

15 from Spain to Miami?

16    A     No.

17    Q     Have you located any additional stash

18 houses, in the South Florida area, where Wilson

19 Colorado is said to store bulk cash or cocaine?

20    A     No.

21    Q     Drug money?

22    A     No.

23    Q     Have you identified any stash house

24 location where Wilson Colorado is said to maintain

25 bulk cash or drugs, in the South Florida area?

77

1     A    No.

2     Q    Have you identified any money laundering

3  transaction where the seized cash was involved in?

4     A    No.

5     Q    How about any money laundering transaction

6  where the two cashier's checks were involved in, or

7  derived from?

8     A    No.

9     Q    No money laundering transaction that you

10  can identify these cashier's checks from?

11     A    I have not.

12     Q    Have you identified any merchandise stolen

13  by Claimant Colorado or Kurvas Secret by W, from Ann

14  Cherry, like any merchandise that he stole from

15  there?

16     A    I'm sorry?

17     Q    Identified or located?

18     A    I haven't.

19     Q    Have you identified any merchandise that

20  Claimant Colorado and Kurvas Secret by W obtained

21  through theft, from Ann Cherry?

22     A    No.

23     Q    Have you identified any merchandise that

24  they obtained through fraud from Ann Cherry?

25     A    I have not identified.

1      A    Yes.

2      Q    When?

3      A    I don't remember the exact date.  But it

4  was at the U.S. Attorney's Office.

5      Q    Was that before or after she gave her

6  deposition?

7      A    That was the deposition.

8      Q    That was at the deposition?

9      A    Yes, sir.

10      Q    So aside from that deposition you haven't

11  conducted any interviews or other meetings with her?

12      A    Correct.

13      Q    Have you conducted any surveillance,

14  during the past year and a half on Wilson Colorado?

15      A    No, sir.

16      Q    Do you have any reason to believe that

17  William Colorado is a narcotics trafficker, who

18  works out of Spain; any evidence that would identify

19  Wilson Colorado as a narcotics trafficker out of

20  Spain?

21      A    No.

22      Q    Any evidence that Wilson Colorado is a

23  money launderer for the Mexican cartel?

24      A    No.

25      Q    Any evidence that Wilson Colorado is a

1   thief that stole merchandise from Ann Cherry?

2      A   If I have any evidence — I don't have any

3   evidence that he stole anything.

4      Q   Do you have any evidence that Wilson

5   Colorado defrauded Ann Cherry, in any way?

6      A   I don't have any evidence.

7      Q   Have you looked at all the documentation

8   provided by Wilson Colorado to show where his monies

9   — where he says his monies originated from, the

10   monies that were seized?

11      A   I have looked at some financial documents.

12   I have looked at spreadsheets.

13      Q   Does it seem that money came from selling

14   girdles and waist cinchers, and things of that

15   nature?

16      A   I'm sorry?

17      Q   Does it look like the cashier's checks

18   derive from selling this product that he says he

19   sells, through Kurvas Secret by W?

20      A   I'm not a financial expert.

21      Q   Do you have any evidence that, that money

22   does not derive from the sale of merchandise through

23   Kurvas Secret by W, evidence that, that money does

24   not come from what he says it comes from, which is

25   the sale of merchandise through Kurvas Secret?

1    A    No.

2    Q    So everything seems to indicate that those

3  monies came from his business, Kurvas Secret by W?

4    A    It's hard to say, at this point.

5    Q    Are you satisfied that the money did not

6  come drug dealing, by Wilson Colorado, the money

7  that was seized from his home and the cashier's

8  checks?

9    A    At this point I don't have any evidence.

10    Q    That it comes from drug dealing or money

11  laundering or theft?

12    A    That it comes from drug dealing.

13    Q    You don't have any evidence that it comes

14  from money laundering?

15    A    No.

16    Q    And you don't have any evidence that it

17  comes from his theft from Ann Cherry?

18    A    We have received evidence that there is

19  theft from Ann Cherry.  But like I said, I don't --

20  I don't know specifically what transactions match up

21  with which.

22        I'm still reviewing that.

23    Q    But you don't know if the theft was by

24  Wilson Colorado?

25    A    I don't know who stole the products.

# **<u>EXHIBIT N</u>**

## AFFIDAVIT OF CLAIMANTS WILSON COLORADO
## AND KURVAS SECRET BY W

1. My name is Wilson Colorado. I am a United States citizen and Navy veteran.

2. I previously resided in Spain and sold small quantities of AnnChery merchandise there to supplement my income. I also sold merchandise from other Colombian girdle and waist cincher manufacturers such as AnnMichele and Bella Donna but my main source of income was construction and painting.

3. In or around October 2014, I relocated back to Miami and decided to focus on selling body shaping girdles and waist cinchers from different Colombian manufacturers since it was my understanding that that business was booming.

4. At that time, Angelica Riveros and Jerome Labourdet, who were the owners of AnnChery, and Tatiana Narvaez, who was the AnnChery Miami manager, encouraged me to focus on selling AnnChery merchandise for them. They said it was a great business and sales were through the roof.

5. I spoke with Tatiana Narvaez, who was also a close personal friend, and inquired about obtaining AnnChery merchandise at wholesale prices instead of the distributor prices I was receiving.

6. She instructed me to speak with Shirley Ruiz who was the customer service and sales representative for AnnChery based in Colombia.

7. I then spoke to Shirley Ruiz and she informed me that in order to obtain wholesale prices I needed to open a Florida Corporation and purchase a minimum of 1,500 AnnChery girdles per order.

8. Therefore, on or about January 31, 2015, with Ms. Ruiz's and Ms. Narvaez's assistance and guidance, I opened Kurvas Secret by W in order to receive wholesale prices.

9. Thereafter, I began to sell significant amounts of AnnChery merchandise to many national and international customers.

10. During that time, AnnChery merchandise was in high demand and AnnChery could not fill all of its customer orders. On different occasions we had to wait weeks for AnnChery to fill my orders.

11. Realizing that AnnChery could not meet its' customers purchase orders in a timely fashion, I offered Ms. Ruiz and Ms. Narvaez 50 cents each per girdle if they were able to fill my orders on a timely basis and did not keep me waiting for merchandise.

1

12. They then agreed to have my orders ready for timely pick up if I paid them the 50 cents each per girdle. I paid them 50 cents each per girdle on a few occasions until on or about April 20, 2015.

13. On April 20, 2015, I received a call from Tatiana Narvaez who instructed me to go to AnnChery and meet with Jerome Labourdet, Angelica Riveros, and Sweetwater Police detectives because Mr. Labourdet and Mrs. Riveros had reported that we were stealing merchandise.

14. I then went to AnnChery and sat in a conference room with Sweetwater detectives, Mr. Labourdet, and Mrs. Riveros to discuss my account and pending invoices that had yet to be paid.

15. They did not allow Ms. Narvaez to participate in our meeting and instead had her arrested and transported to jail.

16. I informed them that Ms. Narvaez was my account manager and that she needed to be present in order to properly settle my account since Mr. Labourdet and Mrs. Riveros did not reside in Miami or manage my AnnChery account.

17. At that time, they told me that I needed to pay my pending invoices without Ms. Narvaez being present.

18. I agreed to pay the pending invoices presented to me by Mr. Labourdet and Mrs. Riveros as long as I would be allowed to go home and cross reference said invoices with my purchase orders and then be reimbursed by AnnChery if I had overpaid.

19. At that time I issued four (4) checks in the total amount of $221,758.73 to pay the pending invoices I had with AnnChery. Specifically, I issued Check #192 for $25,198.00, Check #193 for $86,786.73, Check # 194 for $26,220.00, and Check # 195 for $83,554.00. See attached photocopies.

20. When I issued the four (4) checks in the amount of $221,758.73, Mr. Labourdet said "How do I know you can cover those checks?" and at that time I showed him my on line bank account statement demonstrating that I had more than sufficient funds.

21. It was at that time that Mr. Labourdet saw and discovered that my bank accounts contained significantly more funds than the amount I was paying AnnChery to settle my pending invoices.

22. After I paid the AnnChery invoices, I went home and cross referenced the payments with my purchase orders and then I met with Ms. Narvaez who had bonded out of jail and we reviewed my AnnChery account history.

23. Upon reviewing my AnnChery account, it was evident that Mr. Labourdet and Mrs. Riveros had overbilled me and I had overpaid by a total of $6,436.90.

24. At that time, I began to call Mr. Labourdet to request that he reimburse me the $6,436.90 that I had overpaid.

25. Mr. Labourdet never answered the phone or returned my calls.

26. On April 25, 2015, I received a demand letter from AnnChery attorneys threatening to file a lawsuit against me for civil theft, conversion, and fraud.

27. At that time, I went to my banks and withdrew the monies in Kurvas and my account in the form of cashier's checks and some cash.

28. I also had a substantial amount of cash on hand from Western Union wire transfers I received for merchandise I sold to an international client.

29. The vast majority of the monies that Kurvas and I are claiming derive from the sale of body shaping garments and waist cinchers. They do not derive from the sale of narcotics.

30. The vast majority of the monies that Kurvas and I are claiming derive from the sale of body shaping garments and waist cinchers. They do not derive from money laundering activities.

31. The vast majority of the monies that Kurvas and I are claiming derive from the sale of body shaping garments and waist cinchers. They do not derive from theft, conversion, or fraud which I allegedly committed at AnnChery.

32. At all times, in good faith, I ordered and purchased merchandise from AnnChery which I resold for a profit through my company Kurvas.

33. Every time Ms. Narvaez presented me with my outstanding invoices, I paid them in full.

34. I had no reason to believe that Ms. Ruiz and Ms. Narvaez were doing anything illegal, wrong, or against AnnChery policy since they appeared to have the authority as high level AnnChery employees to manage Kurvas' account.

35. At no time was I informed by Ms. Ruiz or Ms. Narvaez that they were doing something illegal, wrong, or without proper authority.

36. The seizure of our monies on May 11, 2015, ruined and destroyed Kurvas business operations. As a result, many of our customers left and started buying waist cinchers, girdles, and other merchandise directly from AnnChery.

37. I, Wilson Colorado, never even paid myself a salary for the services I performed on Kurvas' behalf.

38. Kurvas is no longer active and I had to return to painting and handyman work to make a living.

39. I swear under penalties of perjury that the information contained in this affidavit is true and correct.

_Wilson Colorado_

Wilson Colorado, personally and
as owner operator of Kurvas Secret
by W, a Florida Corporation

State of Florida            ]

County of Miami-Dade    ]

Sworn and subscribed to before me, a duly licensed notary for the State of Florida by Wilson Colorado who produced _Fl Dr Lic_ as identification on this _27_ day of _February_ , 2017.

NOTARY

4

KURVAS SECRET BY W. INC.
16237 SW 97TH TER.
MIAMI, FL 33196-5946

193

DATE 04/20/15

PAY TO THE ORDER OF Ann Chery Fajas USA Inc.      $ 86,786.73

— eighty six thousand seven hundred eighty six 73/100 DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com

MEMO Dago Fajas          Wilson Colorado

⑆ 267 0841 3 ⑆          687096938 0193

wilsoncell10@Gmail.com   7867171540

KURVAS SECRET BY W. INC.
16237 SW 97TH TER.
MIAMI, FL 33196-5946

194

DATE 4-20-15

PAY TO THE ORDER OF Ann Chery Fajas USA Inc.      $ 26,220

— twenty-six two hundred twenty — 00/100 DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com

MEMO Dago Fajas.          Wilson Colorado

⑆ 267 0841 3 ⑆          687096938 0194

KURVAS SECRET BY W. INC.
16237 SW 97TH TER.
MIAMI, FL 33196-5946

192

DATE 4-19-15

PAY TO THE ORDER OF Ann Chery Fajas USA Inc.      $ 25,198

— twenty-five thousand one hundred ninety eight 00/100 DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com

MEMO Dago Fajas          Wilson Colorado

⑆ 267 0841 3 ⑆          687096938 0192

C: 463 - 88D - 65 - 410 - 2                                          195
**KURVAS SECRET BY W. INC.**
16237 SW 97TH TER.
MIAMI, FL 33196-5946

DATE   4 - 20 - 15

PAY TO THE
ORDER OF   Ann Chery Fajas USA Inc.   |   $ 83,554

Eighty three thousand Five hundred fifty four 00/100   DOLLARS

**CHASE ◆**
JPMorgan Chase Bank, N.A.
www.Chase.com

MEMO   Pago facturas.          Wilson Colorado

⑈267084131⑈   687096938⑈⑈0195

ANNCHERY - FA000386

# **<u>EXHIBIT O</u>**

### AFFIDAVIT OF TATIANA ALEJANDRA NARVAEZ-CAICEDO

1. My name is Tatiana Alejandra Narvaez-Caicedo.

2. I was employed for over eight (8) years by AnnChery Fajas USA, Inc., and was the Miami office warehouse supervisory manager for over six (6) years prior to being terminated on April 20, 2015.

3. As the supervisory manger at AnnChery, I was responsible for its day to day operations including but not limited to opening the office and warehouse, inventory, paying employees, managing customer accounts, merchandise delivery, paying AnnChery operating expenses, customer service, and doing everything that was necessary to operate and run AnnChery in Miami.

4. Shirley Ruiz was the customer service and sales representative for AnnChery and she was based in Colombia. Ms. Ruiz was responsible for negotiating AnnChery pricing with customers, opening customer accounts, servicing customer accounts, and everything having to do with customer service.

5. Ms. Ruiz was a highly positioned AnnChery employee who started working there years before I was hired to run the Miami office and warehouse. I often looked to Ms. Ruiz for guidance since she had more experience working at AnnChery than I did.

6. The owners of AnnChery, Jerome Labourdet and Angelica Riveros, gave me broad and unfettered discretion to run and operate AnnChery Miami since they resided in Cali, Colombia, and would only come to Miami every two (2) to three (3) months for a few days at a time to check up on AnnChery Miami operations.

7. In or around October 2014, Mrs. Riveros, Mr. Labourdet, and I encouraged Mr. Colorado to focus on selling AnnChery merchandise because the business was doing great and we wanted more people selling AnnChery merchandise.

8. Mrs. Riveros even told Mr. Colorado that I could guide him and help him develop his business selling AnnChery merchandise.

9. Sometime thereafter, Mr. Colorado did decide to focus on selling AnnChery merchandise and asked me to help him obtain wholesale prices. At that time, I directed him to speak with Shirley Ruiz who was in charge of customer accounts and pricing.

1

10. Mr. Colorado then spoke with Ms. Ruiz and she informed him that he could obtain AnnChery wholesale prices and credit if he opened up a Florida corporation and purchased a minimum of 1,500 girdles per order.

11. Thereafter, Mr. Colorado opened Kurvas Secret by W.

12. I oversaw Wilson Colorado's and Kurvas Secret by W's AnnChery accounts as it was routine for me to oversee many customer accounts.

13. Mr. Colorado and Kurvas business began to grow incredibly because they were selling small quantities of girdles and waist cinchers to many different customers who could only purchase small quantities. AnnChery was not willing to sell to these customers because their orders were small and below the minimum amount of items AnnChery was willing to sell. Instead, AnnChery focused and prioritized on selling to customers who purchased significant quantities of merchandise.

14. On a few occasions, Shirley Ruiz and I allowed Mr. Colorado to purchase merchandise under the accounts of other AnnChery customers because those customers were not actively placing any new orders and therefore ran the risk of having their AnnChery accounts closed.

15. On many occasions, AnnChery could not timely fill all its customer orders because demand was too high. Customers regularly went weeks without receiving their orders because AnnChery could not manufacture enough merchandise in a timely fashion.

16. On a few occasions, Mr. Colorado and Kurvas did not receive their purchase orders in a timely fashion so Mr. Colorado offered me and Ms. Ruiz 50 cents each per item if we had his orders ready for pick up in a prompt and timely manner.

17. Ms. Ruiz and I agreed and on a few occasions Mr. Colorado paid us 50 cents each per item when we filled his orders in a timely fashion.

18. Mr. Colorado and Kurvas paid for all the merchandise they receive under other AnnChery customer accounts. The proof is in the money orders I personally filled out and personally deposited into the AnnChery Wells Fargo bank account ending in #2777.

19. I have reviewed the spread sheet and invoices identified by the government as representing AnnChery merchandise stolen, converted, and/or obtained through fraud by Mr. Colorado and Kurvas. See attached Spreadsheet.

20. Of all the invoices identified by the government, Mr. Colorado and Kurvas did not receive any merchandise identified in: a) Invoice No. 14611 in the amount of $7,909.74 billed to Vargas Fajas; b) Invoice No. 14644 in the amount of $9,359.49 billed to Vargas Fajas; c) Invoice No. 15047 in the amount of $22,417.00 billed to Arianny Boutique; and d) Invoice No. 15081 in the amount of $26,396.00 billed to Arianny Boutique.

21. Of the remaining invoices identified by the government, Mr. Colorado and Kurvas did receive the merchandise and paid for it through company checks and money orders.

22. Mr. Colorado and Kurvas did not steal any merchandise they obtained from AnnChery as I personally managed their account and I am most familiar with all the purchases, payments, and details of said account.

23. Mr. Colorado and Kurvas did not receive merchandise through fraud at deeply discounted wholesale prices as they were authorized by Ms. Ruiz to purchase AnnChery merchandise at wholesale prices. Kurvas received the same wholesale prices that other AnnChery wholesalers received.

24. Mr. Colorado and Kurvas also had credit to purchase AnnChery merchandise as most AnnChery customers do. AnnChery's credit terms allowed AnnChery customers to pay for their merchandise 15, 20, 30, and even 45 days after receiving their merchandise orders.

25. On the day I was arrested at AnnChery, April 20, 2015, I was not allowed to participate in the meeting between AnnChery owners Jerome Labourdet, Angelica Riveros, Wilson Colorado, and the Sweetwater police detectives.

26. When I bonded out of jail, I went over Kurvas' AnnChery account history and realized that Mr. Colorado and Kurvas were overbilled by Mr. Labourdet and Mrs. Riveros by $6,436.90.

27. On April 20, 2015, when I was arrested and Mr. Colorado met with Mr. Labourdet, Mrs. Riveros, and the Sweetwater detectives at AnnChery to settle Kurvas pending invoices, Kurvas had a pending balance of $215,321.83 not the

3

$221,758.73 balance that Mr. Labourdet and Mrs. Riveros actually billed Mr. Colorado and Kurvas.

28. At no time prior to April 20, 2015, did Mr. Labourdet or Mrs. Riveros manage or oversee Mr. Colorado or Kurvas accounts.

29. No one has threatened me or promised me anything in exchange for providing this sworn affidavit.

30. What Mr. Labourdet and Mrs. Riveros did to Mr. Colorado and Kurvas is a terrible injustice as they destroyed his business and kept many of Kurvas' customers much like they previously did to AnnMichele which is Mr. Labourdet's sister's girdle and waist cincher company.

31. I swear under penalties of perjury that the information contained in this affidavit is true and correct.


Tatiana Alejandra Narvaez-Caicedo


State of Florida          ]

County of Miami-Dade    ]


Sworn and subscribed to before me, a duly licensed notary for the State of Florida, by Tatiana Alejandra Narvaez-Caicedo who produced _Rep of Colba___ as identification on this _27_ day of _February_____, 2017.

Notary

4

merchandise that was stolen, converted, or taken by fraud and subsequently sold by Wilson

Colorado and his associates.[1]

| BegBATES No. | Date of Invoice | Invoice No. | Billed to |
|---|---|---|---|
| SDFL000118 | 2/17/2015 | 14717 | Kurvas Secret |
| SDFL000146 | 2/19/2015 | 14735 | Kurvas Secret |
| SDFL000182 | 2/23/2015 | 14783 | Kurvas Secret |
| SDFL000209 | 2/24/2015 | 14754 | Kurvas Secret |
| SDFL000222 | 3/6/2015 | 14848 | Kurvas Secret |
| SDFL000245 | 3/10/2015 | 14874 | Kurvas Secret |
| SDFL000251 | 3/13/2015 | 14903 | Kurvas Secret |
| SDFL000279 | 3/16/2015 | 14919 | Kurvas Secret |
| SDFL000294 | 3/20/2015 | 14954 | Kurvas Secret |
| SDFL000302 | 3/27/2015 | 14996 | Kurvas Secret |
| SDFL000311 | 4/1/2015 | 15014 | Kurvas Secret |
| SDFL000335 | 4/20/2015 | 15103 | Kurvas Secret |
| SDFL000336 | 4/20/2015 | 15104 | Kurvas Secret |
| SDFL000338 | 4/20/2015 | 15105 | Kurvas Secret |
| SDFL000339 | 4/20/2015 | 15106 | Kurvas Secret |
| SDFL000340 | 4/20/2015 | 15107 | Kurvas Secret |
| SDFL000341 | 4/20/2015 | 15108 | Kurvas Secret |
| SDFL000342 | 4/20/2015 | 15109 | Kurvas Secret |

---

[1] In the attached production, if an invoice was produced by Wilson Colorado and used as an exhibit in depositions in August 2016, the United States has provided the entire exhibit, reflecting how the records were organized when made available for inspection and copying by counsel for Wilson Colorado.

| BegBATES No. | Date of Invoice | Invoice No. | Billed to |
|---|---|---|---|
| SDFL000343 | 4/20/2015 | 15110 | Kurvas Secret |
| SDFL000345 | 4/20/2015 | 15111 | Kurvas Secret |
| SDFL000347 | 4/20/2015 | 15112 | Kurvas Secret |
| SDFL000351 | 4/20/2015 | 15113 | Kurvas Secret |
| SDFL000355 | 4/20/2015 | 15114 | Kurvas Secret |
| SDFL000356 | 4/20/2015 | 15115 | Kurvas Secret |
| SDFL000357 | 4/20/2015 | 15116 | Kurvas Secret |
| SDFL000358 | 4/20/2015 | 15117 | Kurvas Secret |
| SDFL000359 | 4/20/2015 | 15118 | Kurvas Secret |
| SDFL000360 | 4/20/2015 | 15119 | Kurvas Secret |
| SDFL000362 | 4/20/2015 | 15120 | Kurvas Secret |
| SDFL000363 | 4/20/2015 | 15121 | Kurvas Secret |
| SDFL000365 | 4/20/2015 | 15122 | Kurvas Secret |
| SDFL000366 | 4/20/2015 | 15123 | Kurvas Secret |
| SDFL000367 | 4/20/2015 | 15124 | Kurvas Secret |
| SDFL000368 | 4/20/2015 | 15125 | Kurvas Secret |
| SDFL000369 | 4/20/2015 | 15126 | Kurvas Secret |
| SDFL000371 | 4/20/2015 | 15127 | Kurvas Secret |
| SDFL000373 | 4/20/2015 | 15128 | Kurvas Secret |
| SDFL000374 | 4/20/2015 | 15129 | Kurvas Secret |
| SDFL000375 | 4/20/2015 | 15130 | Kurvas Secret |
| SDFL000376 | 4/20/2015 | 15131 | Kurvas Secret |
| SDFL000377 | 4/20/2015 | 15132 | Kurvas Secret |

3

| BegBATES No. | Date of Invoice | Invoice No. | Billed to |
|---|---|---|---|
| SDFL000378 | 4/20/2015 | 15133 | Kurvas Secret |
| SDFL000379 | 4/20/2015 | 15134 | Kurvas Secret |
| SDFL000380 | 4/20/2015 | 15135 | Kurvas Secret |
| SDFL000381 | 4/20/2015 | 15136 | Kurvas Secret |
| SDFL000382 | 4/20/2015 | 15137 | Kurvas Secret |
| SDFL000383 | 4/20/2015 | 15138 | Kurvas Secret |
| SDFL000384 | 4/20/2015 | 15139 | Kurvas Secret |
| SDFL000385 | 4/20/2015 | 15140 | Kurvas Secret |
| SDFL000386 | 4/20/2015 | 15141 | Kurvas Secret |
| SDFL000387 | 4/20/2015 | 15142 | Kurvas Secret |
| SDFL000388 | 4/20/2015 | 15143 | Kurvas Secret |
| SDFL000389 | 4/20/2015 | 15144 | Kurvas Secret |
| SDFL000390 | 4/20/2015 | 15145 | Kurvas Secret |
| SDFL000391 | 4/20/2015 | 15146 | Kurvas Secret |
| SDFL000392 | 4/20/2015 | 15147 | Kurvas Secret |
| SDFL000393 | 4/20/2015 | 15148 | Kurvas Secret |
| SDFL000394 | 4/20/2015 | 15149 | Kurvas Secret |
| SDFL000395 | 4/20/2015 | 15150 | Kurvas Secret |
| SDFL000397 | 4/20/2015 | 15151 | Kurvas Secret |
| SDFL000398 | 4/20/2015 | 15152 | Kurvas Secret |
| SDFL000399 | 4/20/2015 | 15153 | Kurvas Secret |
| SDFL000400 | 4/20/2015 | 15154 | Kurvas Secret |
| SDFL000402 | 4/20/2015 | 15155 | Kurvas Secret |

| BegBATES No. | Date of Invoice | Invoice No. | Billed to |
|---|---|---|---|
| SDFL000403 | 4/20/2015 | 15156 | Kurvas Secret |
| SDFL000404 | 4/20/2015 | 15157 | Kurvas Secret |
| SDFL000405 | 4/20/2015 | 15158 | Kurvas Secret |
| SDFL000407 | 4/20/2015 | 15159 | Kurvas Secret |
| SDFL000408 | 4/20/2015 | 15160 | Kurvas Secret |
| SDFL000409 | 4/20/2015 | 15161 | Kurvas Secret |
| SDFL000410 | 4/20/2015 | 15162 | Kurvas Secret |
| SDFL000411 | 4/20/2015 | 15163 | Kurvas Secret |
| SDFL000412 | 4/20/2015 | 15164 | Kurvas Secret |
| SDFL000413 | 4/20/2015 | 15165 | Kurvas Secret |
| SDFL000414 | 4/20/2015 | 15166 | Kurvas Secret |
| SDFL000415 | 4/20/2015 | 15167 | Kurvas Secret |
| SDFL000416 | 4/20/2015 | 15168 | Kurvas Secret |
| SDFL000417 | 4/20/2015 | 15169 | Kurvas Secret |
| SDFL000418 | 4/20/2015 | 15170 | Kurvas Secret |
| SDFL000419 | 4/20/2015 | 15171 | Kurvas Secret |
| SDFL000420 | 4/20/2015 | 15172 | Kurvas Secret |
| SDFL000421 | 4/20/2015 | 15173 | Kurvas Secret |
| SDFL000422 | 4/20/2015 | 15174 | Kurvas Secret |
| SDFL000423 | 4/20/2015 | 15175 | Kurvas Secret |
| SDFL000425 | 4/20/2015 | 15176 | Kurvas Secret |
| SDFL000426 | 4/20/2015 | 15177 | Kurvas Secret |
| SDFL000427 | 4/20/2015 | 15178 | Kurvas Secret |

| BegBATES No. | Date of Invoice | Invoice No. | Billed to |
|---|---|---|---|
| SDFL000428 | 4/20/2015 | 15179 | Kurvas Secret |
| SDFL000429 | 4/20/2015 | 15180 | Kurvas Secret |
| SDFL000430 | 1/16/2015 | 14439 | Nhora Posso |
| SDFL000439 | 1/27/2015 | 14511 | Nhora Posso |
| SDFL000448 | 2/5/2015 | 14611 | Vargas Fajas |
| SDFL000451 | 2/9/2015 | 14645 | Arianny Boutique |
| SDFL000457 | 2/9/2015 | 14644 | Vargas Fajas |
| SDFL000463 | 2/16/2015 | 14592 | Arianny Boutique |
| SDFL000469 | 2/17/2015 | 14717 | Nhora Posso |
| SDFL000471 | 2/17/2015 | RM-005731 | Nhora Posso |
| SDFL000472 | 2/20/2015 | 14737 | Arianny Boutique |
| SDFL000477 | 2/26/2015 | RM-005874 | Lupita Fashion |
| SDFL000478 | 2/28/2015 | 14794 | Online Directorio |
| SDFL000481 | 3/25/2015 | 14772 | Lupita Fashion |
| SDFL000483 | 4/9/2015 | 15047 | Arianny Boutique |
| SDFL000486 | 4/9/2015 | 15048 | Intima Corp. |
| SDFL000491 | 4/14/2015 | 15067 | Escultura |
| SDFL000502 | 4/16/2015 | 15081 | Arianny Boutique |

6

# <u>EXHIBIT P</u>

IN THE CIRCUIT AND COUNTY COURTS OF THE ELEVENTH JUDICIAL CIRCUIT OF FLORIDA

IN AND FOR MIAMI-DADE COUNTY


     I, HARVEY RUVIN, CLERK OF THE CIRCUIT AND COUNTY COURT OF THE ELEVENTH
JUDICIAL CIRCUIT OF FLORIDA, IN AND FOR MIAMI-DADE COUNTY, DO HEREBY CERTIFY
THAT A DILIGENT EXAMINATION OF THE FELONY, MISDEMEANOR AND NON CRIMINAL
VIOLATION FILES AND RECORDS IN MY OFFICE REGARDING:


          NAME: COLORADO, ANDRES F
          DATE OF BIRTH: 02/08/1993
          RACE:  WHITE        SEX:  MALE
          YEARS RESEARCHED:  2015 - 2015

INDICATES THE FOLLOWING:


          CITATION/
          ARREST /
          FILE
CASE NUMBER    DATE       CHARGES              DISPOSITION       DISPO DATE
*****************************************************************************

COLORADO, ANDRES FELIPE         AKA*
F15009793      05/11/2015  COCAINE/POSSESSION      NO ACTION      06/10/2015
*****************************************************************************

     PURSUANT TO FLORIDA RULES OF COURT, RULE 2.430, COURT RECORDS THAT ARE
NOT PERMANENTLY RECORDED MAY BE UNAVAILABLE, OR DISPOSED OF BY THE CLERK, IN
ACCORDANCE WITH THE APPLICABLE RETENTION SCHEDULE REQUIRED BY SAID RULE. (10
YEARS FOR FELONY, MISDEMEANOR AND CRIMINAL TRAFFIC VIOLATIONS IN WHICH THE
DEFENDANT WAS ADJUDICATED NOT GUILTY).
PLEASE SEE FLORIDA RULES OF COURT, RULE 2.430, FOR A COMPLETE LISTING OF
RECORDS RETENTION REQUIREMENTS.


     WITNESS MY HAND AND THE SEAL OF THE COURT AT MIAMI, MIAMI-DADE COUNTY,
FLORIDA, THIS 22 DAY OF  FEBRUARY, 2017.


                              HARVEY RUVIN, CLERK
                              CIRCUIT AND COUNTY COURTS
                              IN AND FOR MIAMI-DADE COUNTY, FLORIDA

                              BY:
PAGE: 001                          DEPUTY CLERK
                              Deputy Clerk of the Circuit Court of
                              the Eleventh Judicial Circuit of Florida,
                              in and for Miami-Dade County